UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 98-76-CR-MOORE

UNITED STATES OF AMERICA

vs.                                              VERDICT

OSCAR ANDRES

_____/

WE, the Jury, find the Defendant, _____OSCAR ANDRES_____,

_____Guilty_____, as to Count One;

_____~~Not~~ Guilty_____, as to Count Two;

_____Guilty_____, as to Count Three;

as charged in the Superseding Indictment.

SO SAY WE ALL.

_____8/3/98_____
DATE

_____Sandra Sanchez_____
FOREPERSON

[FILED AUG 3 1998 CLERK U.S. DIST. CT. S.D. OF FLA. - MIAMI]



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No: 98-0076-CR-MOORE (s) |
| ) | |
| vs. ) | 21 U.S.C. § 963 |
| ) | 21 U.S.C. § 952(a) |
| ANGEL ANDRES, a/k/a "Andres Andres," ) | 21 U.S.C. § 846 |
| OMAR ANDRES, ) | 21 U.S.C. § 841(a)(1) |
| OSCAR ANDRES, ) | 18 U.S.C. § 924(c) |
| RAFAEL GONZALEZ, and ) | 18 U.S.C. § 922(g)(1) |
| JUAN LOPEZ a/k/a "Juancho." ) | 18 U.S.C. § 2 |
| ) | |
| _____ ) | **SUPERSEDING INDICTMENT** |

The Grand Jury charges that:

## COUNT I

From in or about September, 1997, the exact date being unknown to the Grand Jury, and continuing until on or about January 30, 1998, at Miami, Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**ANGEL ANDRES, a/k/a "Andres Andres,"
OMAR ANDRES,
OSCAR ANDRES,
JUAN LOPEZ, a/k/a "Juancho,"
and
RAFAEL GONZALEZ,**

did knowingly and intentionally combine, conspire, confederate and agree with each other, and with persons known and unknown to the Grand Jury, to import into the United States, from a place outside thereof, a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 952(a); all in

violation of Title 21, United States Code, Section 963.

## COUNT II

From in or about September, 1997, the exact date being unknown to the Grand Jury, and continuing until on or about January 30, 1998, at Miami, Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**ANGEL ANDRES a/k/a "Andres Andres,"
OMAR ANDRES,
OSCAR ANDRES,
RAFAEL GONZALEZ,**

**JUAN LOPEZ, a/k/a "Juancho,"**

did knowingly and intentionally combine, conspire, confederate and agree with each other, and with persons known and unknown to the Grand Jury, to possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

## COUNT III

On or about January 29, 1998, the exact date being unknown to the Grand Jury, at Miami, Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**ANGEL ANDRES a/k/a "Andres Andres,"
OMAR ANDRES,
OSCAR ANDRES,**

**JUAN LOPEZ, a/k/a "Juancho,"**

did knowingly use and carry a firearm, during and in relation to a drug trafficking crime, which is a

felony prosecutable in a court of the United States, that is, a violation of Title 21, United States Code, Section 846, as set forth in Count II of this Indictment; all in violation of Title 18, United States Code, Sections 924(c) and 2.