SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 98-76-cr-Moore

DEFENDANT Oscar Andres
Clerk Susan Rui
Reporter Brenda Alexander
JUDGE Moore
DATE 10-19-98
AUSA Ann Taylor          Deft. Counsel Howard John

DEFENDANT FOUND GUILTY AS TO COUNTS _____

COUNTS DISMISSED _____

____ Deft. failed to appear - warrant to issue. Bond Forfeited.

____ Sentencing cont'd until __/__/__ at _____ am / pm

### JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Counts |
|---|---|---|---|
| | | Life | 1 & 2 conc. |
| | | 60 | 3 consec. |

Comments _____

Supervised Release 5 yrs. Cts 1 & 2; and 3 yrs. Ct. 3, all conc.

| Probation | Years | Months | Counts |
|---|---|---|---|
| | | | |

[Stamp: OCT 20 1998]

Comments _____

Assessment $ 300.00         Fine $ 15,000.00

Restitution / Other _____

### CUSTODY

____ Remanded to U.S. Marshal    ____ Release bond pend appeal

____ Voluntary Surrender to (designated institution or US Marshal) on __/__/__.

✓ Commitment recommendation: as close to his family as poss., or same institution with his father.

(rev. 12/91)