*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF FLORIDA*
*MIAMI DIVISION*



THE UNITED STATES OF AMERICA,

                Plaintiff,

   vs.

ANGEL ANDRES, OMAR ANDRES,
OSCAR ANDRES, JUAN LOPEZ,

                Defendants.

Case 98-76-CR-KMM

MIAMI, *FLORIDA*
JULY 20, 1998

---

TRANSCRIPT OF JURY TRIAL
BEFORE THE HONORABLE K. MICHAEL MOORE,
UNITED STATES DISTRICT JUDGE

**ORIGINAL**

APPEARANCES:

FOR THE GOVERNMENT:

      **RICHARD BYRNE, A.U.S.A.**
      **ANN TAYLOR, A.U.S.A.**
      99 N.E. 4th Street
      Miami, FL  33132 - 305/961-9280

FOR THE DEFENDANTS

| | |
|---|---|
| JUAN LOPEZ: | **JAY LEVINE, ESQ.** |
| OSCAR ANDRES: | **HOWARD SOHN, ESQ.** |
| OMAR ANDRES: | **J.C. ELSO, ESQ.** |
| ANGEL ANDRES: | **MICHAEL TARKOFF, ESQ.** |

REPORTED BY:

      BRENDA ALEXANDER, RPR
      Official Federal Court Reporter
      Federal Justice Building, Ste. 1168
      99 Northeast 4th Street