UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



FILED by ___M___ D.C.
CT. REP.
NOV 15 1999
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**THE UNITED STATES OF AMERICA,**

              Plaintiff,

vs.

**ANGEL ANDRES, OMAR ANDRES,
OSCAR ANDRES, JUAN LOPEZ,**

              Defendants.

Case 98-76-CR-KMM

MIAMI, *FLORIDA*
JULY 20, 1998
8:50 a.m.

---

### TRANSCRIPT OF VOIR DIRE EXAMINATION
### BEFORE THE HONORABLE K. MICHAEL MOORE,
### UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:

    **RICHARD BYRNE, A.U.S.A.**
    **ANN TAYLOR, A.U.S.A.**
    99 N.E. 4th Street
    Miami, FL  33132 - 305/961-9280

FOR THE DEFENDANTS

| | |
|---|---|
| JUAN LOPEZ: | **JAY LEVINE, ESQ.** |
| OSCAR ANDRES: | **HOWARD SOHN, ESQ.** |
| OMAR ANDRES: | **J.C. ELSO, ESQ.** |
| ANGEL ANDRES: | **MICHAEL TARKOFF, ESQ.** |

REPORTED BY:

    BRENDA ALEXANDER, RPR
    Official Federal Court Reporter
    Federal Justice Building, Ste. 1168
    99 Northeast 4th Street
    Miami, FL  33132 - 305/530-0880

95+/ certpages