UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



FILED by ___ D.C.
CT. REP.
NOV 15 1999
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

THE UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ANGEL ANDRES, OSCAR ANDRES,
JUAN LOPEZ,

        Defendants.

Case 98-76-CR-KMM

MIAMI, *FLORIDA*
OCTOBER 19, 1998

TRANSCRIPT OF SENTENCING
BEFORE THE HONORABLE K. MICHAEL MOORE,
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:

    RICHARD BYRNE, A.U.S.A.
    ANN TAYLOR, A.U.S.A.
    99 N.E. 4th Street
    Miami, FL  33132 - 305/961-9280

FOR THE DEFENDANTS

JUAN LOPEZ:        JAY LEVINE, ESQ.

OSCAR ANDRES:    HOWARD SOHN, ESQ.

ANGEL ANDRES:    MICHAEL TARKOFF, ESQ.

                 RHONDA ANDERSON, ESQ.

REPORTED BY:

    BRENDA ALEXANDER, RPR
    Official Federal Court Reporter
    Federal Justice Building, Ste. 1168
    99 Northeast 4th Street
    Miami, FL  33132 - 305/530-0880