# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

In Replying Give Number
Of Case And Names of Parties

May 09, 2001

Clarence Maddox
Clerk, U.S. District Court
301 N. Miami Avenue
Miami FL 33128



RE: 98-5664 -EE    USA v. Andres
DC DKT NO.: 98-00076 CR-KMM

The enclosed certified copy of the judgment and a copy of this court's opinion are hereby issued as the mandate of this court.

The enclosed certified copy of the Rule 36-1 decision and judgment are hereby issued as the mandate of this court.

Also enclosed are the following:   3
      Original Exhibits, consisting of: ~~two~~ psi's.
      Original record on appeal or review, consisting of: nineteen volumes.

Please acknowledge receipt on the enclosed copy of this letter.

A copy of this letter and the judgment form, <u>but not a copy of the court's opinion or Rule 36-1 decision</u>, is also being mailed to counsel and pro se parties. A copy of the court's opinion or Rule 36-1 decision was previously mailed to counsel and pro se parties on the date it was issued.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Lisa Streeter (404) 335-6134

Encl.

MDT-1 (1-2001)

# United States Court of Appeals
For the Eleventh Circuit

No. 98-5664

District Court Docket No.
98-00076-CR-KMM

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

Jan 23, 2001

THOMAS K. KAHN
CLERK

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANGEL ANDRES,
a.k.a. Andres Andres-Pelegrin,
OSCAR ANDRES,
JUAN LOPEZ,
a.k.a. Juancho,

Defendants-Appellants.

------------------------------------------------------------

Appeals from the United States District Court
for the Southern District of Florida

------------------------------------------------------------

JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached opinions, included herein by reference, is entered as the judgment of this Court.

Entered: January 23, 2001
For the Court: Thomas K. Kahn, Clerk
By: McCombs, Elaine

ISSUED AS MANDATE
MAY 0 9 2001
U.S. COURT OF APPEALS
ATLANTA, GA.

[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

No. 98-5664

D. C. Docket No. 98-00076-CR-KMM

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JAN 2 3 2001
THOMAS K. KAHN
CLERK

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANGEL ANDRES, a.k.a Andres Andres-Pelegrin,
OSCAR ANDRES, et al.,

Defendants-Appellants.

Appeals from the United States District Court
for the Southern District of Florida

(January 23, 2001)

Before ANDERSON, Chief Judge, CARNES and OAKES*, Circuit Judges.

PER CURIAM:

---

*Hon. James L. Oakes, U.S. Circuit Judge for the Second Circuit, sitting by designation.

AFFIRMED. See 11th Cir. R. 36-1.[1]

---

[1] 11th Cir. R. 36-1 provides:
When the court determines that any of the following circumstances exist:
- (a) judgment of the district court is based on findings of fact that are not clearly erroneous;
- (b) the evidence in support of a jury verdict is sufficient;
- (c) the order of an administrative agency is supported by substantial evidence on the record as a whole;
- (d) summary judgment, directed verdict, or judgment on the pleadings is supported by the record;
- (e) judgment has been entered without a reversible error of law; and an opinion would have no precedential value, the judgment or order may be affirmed or enforced without opinion.

2