MAY 1, 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
OFFICE OF THE CLERK
301 N. MIAMI AVENUE, ROOM 150
MIAMI, FLORIDA 33128-7788

RE: CASE NO. 98-76-CR-MOORE



FILED by _____ D.C.
INTAKE
MAY 08 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

DEAR CLERK:

MY NAME IS OSCAR ANDRES ONE OF THE DEFENDANT'S IN THE ABOVE NUMBERED CASE. I AM RESPECTFULY WRITING TO INQUIRE INTO THE STATUS OF MY MOTION FILED PURSUANT TO RULE 60(b) OF THE FEDERAL RULES OF CIVIL PROCEDURES. SAID MOTION WAS FORWARDED TO YOU OFFICE ON OCTOBER 25, 2005 AND I HAVE RECEIVED NO CORRESPONDENCE FROM YOUR OFFICE AS TO THE DISPOSITION OF SAID MOTION. WOULD YOU PLEASE INFORM ME AS TO ANY DEVELOPS WHICH MAY HAVE OCCURRED IN REFERENCE TO THE RULE 60(b) MOTION?

I THANK YOU IN ADVANCE FOR YOUR ANTICPATED ATTENTION TO THIS MATTER.

RESPECTFULLY SUBMITTED,

OSCAR ANDRES 50618-004
FCC-COLEMAN USP #1
P.O. BOX 1033
COLEMAN, FLORIDA 33521-1033