UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 98-76-CR-COHN

UNITED STATES OF AMERICA,

v.

OSCAR ANDRES,

      Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION PURSUANT TO RULE 60(b) OF THE FEDERAL RULES OF CIVIL PROCEDURE

**THIS CAUSE** is before this Court on Defendant Oscar Andres' Motion Pursuant to Federal Rules of Civil Procedure Rule 60(b) Based on <u>Gonzalez v. Crosby</u>, 545 US __ (2005) and <u>United States v. Booker</u>, 543 US __ (2005) [DE 327]. The Motion designated Judge Moore as the assigned district judge. Judge Moore referred the Motion to his paired magistrate, Judge Garber. Upon ultimately learning that the case had been reassigned to the undersigned judge, Judge Garber vacated his order requiring the Government to respond. The undersigned judge was not copied on Judge Garber's order and was not made aware of Mr. Andres' Motion until Mr. Andres filed a Notice of Inquiry [DE 335]. This Court immediately ordered the Government to respond to Defendant's Motion. The response was received on May 8, 2009 [DE 338].

Upon review of the Defendant's Motion and the Government's Response, this Court finds that the Defendant's Rule 60(b) Motion should be construed as a successive motion for relief under 28 U.S.C. § 2255 and must therefore be denied.

The Government has set forth in its Response a very detailed procedural history which this Court finds to be accurate and therefore adopts.

The Defendant seeks to collaterally attack his conviction and sentence. The Defendant's attempt to apply <u>Booker</u> claims must fail as the Eleventh Circuit Court of Appeals has proscribed the retroactive application of <u>Booker</u> claims to cases on collateral review. <u>Varela v. United States</u>, 400 F.3d 864 (11th Cir. 2005). In addition, even if the Motion was not deemed successive, the claims would not be cognizable under § 2255 as the alleged errors are neither jurisdictional or constitutional. Moreover, the Court finds the Defendant's claims to be without substantive merit. It is therefore

**ORDERED AND ADJUDGED** that Defendant Oscar Andres' Motion Pursuant to Federal Rules of Civil Procedure Rule 60(b) Based on <u>Gonzalez v. Crosby</u>, 545 US __ (2005) and <u>United States v. Booker</u>, 543 US __ (2005) [DE 327] is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 1st day of June, 2009.

_____
JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record via CM/ECF

Oscar Andres
#50618-004
Federal Correctional Institution
USP Coleman
PO Box 1500
Butner, NC 27509