Petitioner:
Mr. Oscar Andres
Reg.#: 50618-004; BUT.FCI-1
P.O. Box 1000
Butner, NC 27509-1000

March 29, 2013

**Re: IFRP Adjustment**
   Case # 98-76-CR-COHN

Respondent:
The Honorable Judge
United States District Judge

Dear Judge Cohn:

Simply, the Petitioner implores the District Court's fine order be modified to include a payment plan that incorporates, specifically, "a minimum payment of $25 a quarter," as well as the FBOP should be instructed to cease collecting payments under the Petitioner's current payment schedule.

Additionally, the Petitioner requests of this Honorable Court to consider that the Petitioner be placed on "IFRP Exempt" status until a payment plan & schedule may be devised and implemented.

In this case ( 98-76-CR) the trial court set the fine payment at "pay immediately" (see Judgment & Commitment), but failed to set a schedule or specific payment amount. The Court did set a payment method ( to participate in IFRP ), nevertheless, the FBOP (Unit Team) has assumed the delegation of authority to be given unto themselves. See 18 U.S.C. § 3664 (f)(2). The FBOP, applying the IFRP, created its own repayment schedule. This is erroneous. If the trial court fails to set a schedule for the collection of fines imposed, the FBOP is not authorized under the IFRP to set its own payment schedule.

The current payment terms imposed conflict with the directives set forth by the sentencing court, inasmuch as, the FBOP set the schedule and payment amount.

Moreover, the Petitioner request that any payment surrendered be exclusively collected through any funds accumulated from the Petitioner's hourly in-prison wages. These funds are the only means that the Petitioner can consistently rely on as to be available. Clearly, any monetary gifts from family or friends are not guaranteed nor constant nor consistent. Verily, the Petitioner does not have any resources outside of prison; Furthermore, his projected income should be based solely on monies generated from any potential in-prison employment, and further consideration be given to the Petitioner's flawless venture to make all imposed payments on time. Assuredly, the Petitioner is entirely committed to fulfilling the obligation to pay-off the unpaid portion of the fine imposed.

Your Honor, truly, I would like to suggest a monthly payment between $15 to $30, which would depend on my pay grade at the time. (I would continue to pay more when I am financially able.) Any unexpected money that I could receive, I would definitely contribute a portion of those funds towards fulfilling my obligation. This amount is the very most I could currently afford, especially in light of other living expenses related to my incarceration.

Formerly, the Petitioner was receiving funds from family & friends to aid in any legal pursuits and endeavors. However, the Petitioner no longer receives financial aid from outside sources. Any money that may be received is at best far & between, and cannot be considered constant nor dependable. Verily, it would be seldom and at random; These funds or any sum thereof would invariably fluctuate.

Please understand that a modification to the imposed Inmate Financial Responsibility Plan ("IFRP") payment would not necessarily imply an alteration to the fact, nor duration, of the sentence levied; Nevertheless, the requirement for this Petitioner to continue to pay an amount that financial hardship shall unavoidably cause the Petitioner to be coerced into a "FRP Refusal" --- due to the fact that he is no longer in a financial position to comply in a timely manner with the full payment as it currently stands: $100 a month. (That's $300 a quarter!)

In anticipation of working out an affordable payment & schedule with you, I have included a copy of my past six (6) months of employment performance pay. I pray that this will make the transition easier. Please see attachments at the end of this document.

Although the FBOP encourages inmates to voluntarily make more generous contributions towards completing IFRP payments, this program is formulated for the inmate to make as consistent a payment as possible; Also, so that the FBOP may collect a payment as scheduled, from the funds generated from working within the prison system.

However, there is no text that forbids the FBOP from adjusting the payment downward to meet the inmate's ability to pay. This Petitoner did, when he could afford to, have his payment increased and entered into a payment contract to do so. However, the Petitioner is no longer able to afford to make such a generous contribution. Furthermore, due to the Petitioner's recent transfer to this facility, his rate of pay is considerably less than that at his former institution of two (2) years.

Additionally, the Petitioner has <u>never</u> missed a payment as currently scheduled. Nevertheless, the Petitioner has been duly advised by family and friends that, because of the failing economy, they are not able to assist him in the same manner financially.

Moreover, Your Honor, the Petitioner is attempting, wholeheartedly, to continue to comply with the full requirements of meeting scheduled payments. Yet, he cannot continue to meet the schedule as it currently stands. Therefore, it is vastly important that the Petitioner seek your assistance in establishing a minimum payment schedule. With the threat of IFRP refusal the Petitioner faces various sanctions:
- Held at the lowest paying position grade 5; $5.25 a month ("Maintenance Pay")
- Held at a maximum spending limit of $25 a month
- Commissary restriction; Only allowed to purchase certain hygiene items, few stamps, medical supplies, limited food supplements
- Forced to live in a four man cell, instead of a two man cell
- Possibly being denied for a transfer closer to family.
- Lower custody transfers (Denial)

There are several other sanctions that could be levied, however, any or all of them could effect the execution of the Petitioner's sentence.

Furthermore, recently, the FBOP/Unicor has announced a new scheme to hiring from the inmate population. This policy states that (paraphrasing) inmates that are within 24 months of their prospective release date are to receive top priority towards securing gainful employment...which equates to higher paying positions. Unfortunately, this policy bars me from receiving a fair opportunity, because I am serving a "Life" sentence. Therefore, I shall never be "24 months" close to my release, and everyone that is 24 months or less to being released will secure higher pay before me. This further broadens my dilemma. I am currently working as an Orderly, with a pay grade of 4 (.12¢ an hour). I can assume that it should take at least 12 months for an inmate to reach a grade 1 performance pay level position. (I just started a new job recently)

### Performance Pay Rates

```
Grade 5 - Maintenance Pay = $5.25 a month
Grade 4 - .12¢ an hour
Grade 3 - .17¢ an hour
Grade 2 - .23¢ an hour
Grade 1 - .40¢ an hour
```

\* Please consider the aforementioned information...

Please consider the following:

- The FBOP does not have the authority to establish and enforce a fine payment schedule, in light of the District Court failed to establish one itself.
- 18 U.S.C.§3664(f)(2)
- IFRP payments should be made exclusively through funds generated from in-prison wages.
- Sanctions imposed for non-compliance do effect the execution of an inmate's sentence.
- The Petitioner will never be 24 months close to a projected release date.
- The Petitioner has exhausted all in-house (Grievance Process) remedies; Please see copies of grievances submitted, along with grievance history
- Please see six (6) months of performance pay sheets
- IFRP exemption is needed to re-schedule payment process
- The Petitioner is fully committed to complying with a pay term and schedule that appropriately reflects his ability to pay from funds earned in-prison wages.

In conclusion, the Petitioner prays for mercy from this Honorable Court, and that Your Honor will discern these facts favorably for the Petitioner. Sincerely, I hope that you find this payment (suggestion) schedule acceptable. Thank you for your understanding in this matter.

Respectfully,

Mr. Oscar Andres<br>
(Petitioner)

Enclosures:

    Six (6) Performance Pay sheets

    Copies - Exhausted Grievance Remedies:
        BP-9, BP-10, BP-11 w/ history

BP-S324.052 WORK PERFORMANCE RATING - INMATE.CFRM
U.S. DEPARTMENT OF JUSTICE                                              FEDERAL BUREAU OF PRISONS

| Inmate's Name | Aldras, Oscar | Register No. | 50618-004 | Unit | G-T |
|---|---|---|---|---|---|
| Evaluation Period: | FEB 2013 | Work Assignment: | Rec | | |
| Bonus Justification | | Signature and Title of Dept. Head Approval | D. Yusko | | |

Route to Dept. Head for review, Then to Unit Team

A. **QUALITY OF WORK**
1. Unsatisfactory. Makes more errors than should for this level of training.
2. Fair. Careless; makes mistakes and does not check work. Should do better.
3. Satisfactory. Makes some mistakes but no more than expected at this level.
4. (circled) Good. Makes fewer mistakes than most inmates at this level of training.
5. Outstanding. Does superior work.

B. **QUANTITY OF WORK**
1. Unsatisfactory. Lazy, wastes time, goofs off.
2. Fair. Does just enough to get by. Has to be prodded occasionally.
3. Satisfactory. Works steadily but does not push self.
4. (circled) Good. Willing worker. Does a full day's work and wastes little time.
5. Outstanding. Drives self exceptionally hard all the time.

C. **INITIATIVE**
1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually relies on others to say what needs to be done.
3. Satisfactory. Adapts to changes in routine. Will start work without being told.
4. Good. Can plan own work well. Acts on own in most things. Doesn't wait.
5. (circled) Outstanding. Has good ideas on better ways to do things.

D. **INTEREST; EAGERNESS TO LEARN**
1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
2. Fair. Shows minimal interest but not very eager to learn.
3. Satisfactory. Average amount of interest. Wants to learn but no extra effort.
4. Good. Above-average interest. Asks questions, does extra to improve skills.
5. (circled) Outstanding. Eager to master job. Wants to know improve knowledge on own time.

E. **ABILITY TO LEARN**
1. Poor. Has very low aptitude, slow to learn. Unable to even with extra instruction.
2. Fair. Slow, but will pick up the skills. Needs more instructions than most.
3. Average. No slower, no faster than others. Requires standard instruction.
4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
5. (circled) Outstanding. Excellent memory, quick learner. Never makes the same mistake twice.

F. **NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
1. Needs constant supervision, or will get in trouble, or wander off. Undependable.
2. Needs closer supervision than most. Not very dependable.
3. Average. Can be relied on for certain things but must be supervised by others.
4. Needs little supervision. Good record of dependability an promptness.
5. (circled) No supervision required. Completely dependable in all things.

G. **RESPONSE TO SUPERVISION AND INSTRUCTION**
1. Poor. Resentful and hostile. May argue with supervisor.
2. Fair. Resists or ignores suggestions.
3. Satisfactory. Generally does what is told without any fuss.
4. (circled) Good. No hostility or resentment. Tries to improve.
5. Outstanding. Makes a real effort to please the instructor. Does exactly as told.

H. **ABILITY TO WORK WITH OTHERS**
1. Poor. Negativistic, hostile, annoying to others.
2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
4. (circled) Good. Friendly, congenial, helpful; others like to work with.
5. Outstanding. Gets along well with everyone. Very popular.

I. **OVERALL JOB PROFICIENCY**
If this inmate was an employee of yours in the community would you:
1. Fire or lay off that individual?
2. Transfer the person to a less demanding job at a lower pay scale?
3. Continue to employ the person but without a raise or promotion at this time?
4. (circled) Raise the person's pay but keep the person at the same job?
5. Promote the person to a more demanding job at a higher pay rate?

J. **GRADES AND PAY**
1. Performance Pay - Grade Class (Circle one) 1 - 2 -(3)- 4 - M.
2. Hours of Satisfactory work
3. Regular Pay
4. Bonus Recommended: ✓ Yes ___ No
5. Total Pay

$28.90
14.00
$42.90

| | SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|---|
| | | | | | | 1 | 2 |
| | | | | | | 04 | 08 |
| | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| | 6 | 6 | 6 | 6 | 6 | | |
| | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | 31 | | | | | | |
| | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| Month: | | Total Hours | 170.00 |
|---|---|---|---|

Absence Codes:
Note: Throughout month above, for days reflecting less than 7 hours worked please explain by inserting applicable code:

| AD | = | Adm. Det. | | HO | = | Holiday |
|---|---|---|---|---|---|---|
| C | = | Callout | | I | = | Medical Idle |
| E | = | Education | | UA | = | Unauthorized |
| F | = | Furlough | | U | = | Unsatisfactory |
| H | = | Hospital | | V | = | Visit |

This Space Provided for Staff Notations

| Supervisor's Signature | [signature] | Date | 2/24/13 | Inmate | |
|---|---|---|---|---|---|
| | | | | (Please print name) Was requested to sign this rating, but refused, citing the following reason: | |
| Inmate's Signature | X | Date | | | |
| (This form may be replicated by WP) | (Replaces reverse of BO-324 of Oc 84) | | | Staff Witness' Signature | |

BP-A0324
JUN 10

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

## WORK PERFORMANCE RATING - INMATE

| Inmate's Name<br>Andres, Oscar | Register No.<br>50618-004 | Unit<br>Georgia Tech |
|---|---|---|
| Evaluation Period<br>February 2013 | Work Assignment<br>Orderly GT | |

Bonus Justification

Signature and Date of Dept. Head Approval

Route to Dept. Head for Review, Then to Unit Team

Instructions: Check the best statement in each area. Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
___ 1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
___ 2. Fair. Careless; makes mistakes and does not check work. Should do better work.
___ 3. Satisfactory. Makes some mistakes but no more than expected at this level.
_✓_ 4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
___ 5. Outstanding. Does superior work

**B. QUANTITY OF WORK**
___ 1. Unsatisfactory. Lazy, wastes time, goofs off.
___ 2. Fair. Does just enough to get by. Has to be prodded occasionally.
___ 3. Satisfactory. Works steadily but does not push self.
_✓_ 4. Good. Willing Worker. Does a full day's work and wastes little time.
___ 5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
___ 1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
___ 2. Fair. Usually relies on others to say what needs to be done.
___ 3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
_✓_ 4. Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
___ 5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
___ 1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
___ 2. Fair. Shows minimal interest but not very eager to learn.
___ 3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
_✓_ 4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
___ 5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
___ 1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
___ 2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
___ 3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
_✓_ 4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
___ 5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
___ 1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
___ 2. Needs closer supervision than most. Not very dependable.
___ 3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
_✓_ 4. Needs little supervision. Good record of dependability an promptness.
___ 5. No supervision required. Completely dependable in all things.

Replaces BP-S324, OCT 94

PDF                          Prescribed by P5251                     Replaces BP-S324, OCT 94

G. RESPONSE TO SUPERVISION AND INSTRUCTION
___1. Poor. Resentful and hostile. May argue with supervisor.
___2. Fair. Resists or ignores suggestions.
___3. Satisfactory. Generally does what is told without any fuss.
_✓_4. Good. No hostility or resentment. Tries to improve.
___5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

H. ABILITY TO WORK WITH OTHERS
___1. Poor. Negativistic, hostile, annoying to others.
___2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
___3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
_✓_4. Good. Friendly, congenial, helpful; others like to work with.
___5. Outstanding. Gets along well with everyone. Very popular.

I. OVERALL JOB PROFICIENCY
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

___1. Fire or lay off that individual?
___2. Transfer the person to a less demanding job at a lower pay scale?
_✓_3. Continue to employ the person but without a raise or promotion this time?
___4. Raise the person's pay but keep the person at the same job?
___5. Promote the person to a more demanding job at a higher pay rate?

J. GRADES AND PAY
1. Performance Pay - Grade Class (Check one) ___ 1  ___ 2  ___ 3  _✓_ 4  ___ M.
2. Hours of Satisfactory work  56
3. Regular Pay  6.72
4. Bonus Recommended:  ___ yes; _✓_ no
5. Total Pay  0.00                                             6.72

| Supervisor's Signature<br>D. Denson | Date<br>03/01/2013 |
|---|---|
| Inmate's Signature | Date |

Inmate _____ was requested to sign this rating, but refused, citing the following reason:

| Staff Witness' Signature | Date |
|---|---|

FILE IN SECTION 4 UNLESS APPROPRIATE FOR PRIVACY FOLDER                    **SECTION 4**

PDF                     Prescribed by P5251                     Replaces BP-S324, OCT 94

BP-S324.052 WORK PERFORMANCE RATING - INMATE CFRM
U.S. DEPARTMENT OF JUSTICE                                                         FEDERAL BUREAU OF PRISONS

Inmate's Name: AUDRES, OSCAR  Register No.: 29909180  Unit: G1
Evaluation Period: JAN 2013  Work Assignment: REC AM
Bonus Justification:  Signature and Title of Dept. Head Approval:

Route to Dept. Head for review, Then to Unit Team

A. QUALITY OF WORK
  1. Unsatisfactory. Makes more errors than should for this level of training.
  2. Fair. Careless; makes mistakes and does not check work. Should do better.
  3. Satisfactory. Makes some mistakes but no more than expected at this level.
  (4.) Good. Makes fewer mistakes than most inmates at this level of training.
  5. Outstanding. Does superior work.

B. QUANTITY OF WORK
  1. Unsatisfactory. Lazy, wastes time, goofs off.
  2. Fair. Does just enough to get by. Has to be prodded occasionally.
  3. Satisfactory. Works steadily but does not push self.
  (4.) Good. Willing worker. Does a full day's work and wastes little time.
  5. Outstanding. Drives self exceptionally hard all the time.

C. INITIATIVE
  1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
  2. Fair. Usually relies on other to say what needs to be done.
  3. Satisfactory. Adapts to changes in routine. Will start work without being told.
  (4.) Good. Can plan own work well. Acts on own in most things. Doesn't wait.
  5. Outstanding. Has good ideas on better ways to do things.

D. INTEREST; EAGERNESS TO LEARN
  1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
  2. Fair. Shows minimal interest but not very eager to learn.
  (3.) Satisfactory. Average amount of interest. Wants to learn, but no extra effort.
  4. Good. Above-average interest. Asks questions, does extra to improve skills.
  5. Outstanding. Eager to master job. Willing to improve knowledge on own time.

E. ABILITY TO LEARN
  1. Poor. Has very low aptitude, slow to learn. Unable, even w/ extra instruction.
  2. Fair. Slow, but will pick up the skills. Needs more instructions than most.
  3. Average. No slower, no faster than others. Requires standard instruction.
  (4.) Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
  5. Outstanding. Excellent memory, quick learner. Never makes mistake twice.

F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT
  1. Needs constant supervision, or will get in trouble; wander off. Undependable.
  2. Needs closer supervision than most. Not very dependable.
  3. Average. Can be relied on for certain things but must be supervised by others.
  (4.) Needs little supervision. Good record of dependability and promptness.
  5. No supervision required. Completely dependable in all things.

G. RESPONSE TO SUPERVISION AND INSTRUCTION
  1. Poor. Resentful and hostile. May argue with supervisor.
  2. Fair. Resists or ignores suggestions.
  3. Satisfactory. Generally does what is told without any fuss.
  (4.) Good. No hostility or resentment. Tries to improve.
  5. Outstanding. Makes a real effort to please the instructor. Does exactly as told.

H. ABILITY TO WORK WITH OTHERS
  1. Poor. Negativistic, hostile, annoying to others.
  2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
  3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
  (4.) Good. Friendly, congenial, helpful; others like to work with.
  5. Outstanding. Gets along well with everyone. Very popular.

OVERALL JOB PROFICIENCY
If this inmate was an employee of yours in the community would you:
  1. Fire or lay off that individual?
  2. Transfer the person to a less demanding job at a lower pay scale?
  (3.) Continue to employ the person but without a raise or promotion at this time?
  4. Raise the person's pay but keep the person at the same job?
  5. Promote the person to a more demanding job at a higher pay rate?

GRADES AND PAY
1. Performance Pay - Grade (Circle ONE)  1 - 2 - (3) - 4 - M
2. Hours of Satisfactory Work  136.00
3. Regular Pay  27.20
4. Bonus Recommended  ✓ Yes ___ No  13.00
5. Total Pay  $40.20

| | SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|---|
| | off | off | 6 | 6 | 6 | 6 | 6 |

Month: ___  Total Hours: ___

Absence Codes:
Note: Throughout month above, for days reflecting less than 7 hours worked please explain by inserting applicable code.

| AD | = | Adm. Det. | | HO | = | Holiday |
| C | = | Callout | | I | = | Medical Idle |
| E | = | Education | | UA | = | Unauthorized |
| F | = | Furlough | | U | = | Unsatisfactory |
| H | = | Hospital | | V | = | Visit |

This Space Provided for Staff Notations

Supervisor's Signature: [signature]  Date: 1/31/13  Inmate: [signature]  Date: 2/3/13

(please print name) was requested to sign this rating, but refused, citing the following reason:

Staff Witness' Signature: ___  Date: ___

BP-A0324
JUN 10

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

# WORK PERFORMANCE RATING - INMATE

| Inmate's Name<br>Andres, Oscar | Register No.<br>50518-004 | Unit<br>Georgia Tech |
|---|---|---|
| Evaluation Period<br>January 2013 | Work Assignment<br>Orderly GT | |

Bonus Justification

Signature and Date of Dept. Head Approval

Route to Dept. Head for Review, Then to Unit Team

Instructions: Check the best statement in each area. Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
___ 1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
___ 2. Fair. Careless; makes mistakes and does not check work. Should do better work.
___ 3. Satisfactory. Makes some mistakes but no more than expected at this level.
_✓_ 4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
___ 5. Outstanding...

**B. QUANTITY OF WORK**
___ 1. Unsatisfactory. Lazy, wastes time, goofs off.
___ 2. Fair. Does just enough to get by. Has to be prodded occasionally.
___ 3. Satisfactory. Works steadily but does not push self.
_✓_ 4. Good. Willing Worker. Does a full day's work and wastes little time.
___ 5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
___ 1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
___ 2. Fair. Usually relies on others to say what needs to be done.
___ 3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
_✓_ 4. Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
___ 5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST**
___ 1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
___ 2. Fair. Shows minimal interest but not very eager to learn.
___ 3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
_✓_ 4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
___ 5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
___ 1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
___ 2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
___ 3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
_✓_ 4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
___ 5. Outstanding... Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
___ 1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
___ 2. Needs closer supervision than most. Not very dependable.
___ 3. Average. Can be relied on for routine things but must be supervised by others. Usually prompt and dependable.
_✓_ 4. Needs little supervision. Good record of dependability an promptness.
___ 5. No supervision required. Completely dependable in all things.

Replaces BP-S324, OCT 94

PDF

Prescribed by P5251

Replaces BP-S324, OCT 94

G. RESPONSE TO SUPERVISION AND INSTRUCTION
___ 1. Poor. Resentful and hostile. May argue with supervisor.
___ 2. Fair. Resists or ignores suggestions.
___ 3. Satisfactory. Generally does what is told without any fuss.
_✓_ 4. Good. No hostility or resentment. Tries to improve.
___ 5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

H. ABILITY TO WORK WITH OTHERS
___ 1. Poor. Negativistic, hostile, annoying to others.
___ 2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
___ 3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
_✓_ 4. Good. Friendly, congenial, helpful; others like to work with.
___ 5. Outstanding. Gets along well with everyone. Very popular.

I. OVERALL JOB PROFICIENCY
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

___ 1. Fire or lay off that individual.
___ 2. Transfer the person to a less demanding job at a lower pay scale?
_✓_ 3. Continue to employ the person but without a raise or promotion this time?
___ 4. Raise the person's pay but keep the person at the same job?
___ 5. Promote the person to a more demanding job at a higher pay rate?

J. GRADES AND PAY
1. Performance Pay - Grade Class (Check one) ___ 1 ___ 2 ___ 3 _✓_ 4 ___ M.
2. Hours of Satisfactory work 80
3. Regular Pay 1.60
4. Bonus Recommended: ___ yes; _✓_ no
5. Total Pay 0.00                                                            9.60

| Supervisor's Signature D. Denson | Date 02/19/2013 |
|---|---|
| Inmate's Signature | Date |

Inmate _____ was requested to sign this rating, but refused, citing the following reason:

| Staff Witness' Signature | Date |
|---|---|

FILE IN SECTION 4 UNLESS APPROPRIATE FOR PRIVACY FOLDER      **SECTION 4**

BP-S324.052 WORK PERFORMANCE RATING - INMATE CFRM
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISON

| Inmate's Name: OSCAR ANDRES | Register No. 50108-004 | Unit: G-T |
| Evaluation Period: DEC 2012 | Work Assignment: Rec A.M. | |
| Bonus Justification | Signature and Title of Dept. Head Approval | |

Route to Dept. Head for review, Then to Unit Team

A. **QUALITY OF WORK**
 1. Unsatisfactory. Makes more errors than should for this level of training.
 2. Fair. Careless; makes mistakes and does not check work. Should do better.
 3. (Satisfactory.) Makes some mistakes but no more than expected at this level.
 4. Good. Makes fewer mistakes than most inmates at this level of training.
 5. Outstanding. Does superior work.

B. **QUANTITY OF WORK**
 1. Unsatisfactory. Lazy, wastes time, goofs off.
 2. Fair. Does just enough to get by. Has to be prodded occasionally.
 3. (Satisfactory.) Works steadily but does not push self.
 4. Good. Willing worker. Does a full day's work and wastes little time.
 5. Outstanding. Drives self exceptionally hard all the time.

C. **INITIATIVE**
 1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
 2. Fair. Usually relies on other to say what needs to be done.
 3. Satisfactory. Adapts to changes in routine. Will start work without being told.
 4. (Good.) Can plan own work well. Acts on own in most things. Doesn't wait.
 5. Outstanding. Has good ideas on better ways to do things.

D. **INTEREST; EAGERNESS TO LEARN**
 1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
 2. Fair. Shows minimal interest but not very eager to learn.
 3. Satisfactory. Average amount of interest. Wants to learn, but no extra effort.
 4. (Good.) Above-average interest. Asks questions, does extra to improve skills.
 5. Outstanding. Tries to master job. Wants to improve knowledge on own time.

E. **ABILITY TO LEARN**
 1. Poor. Has very low aptitude, slow to learn. Unable, even w/ extra instruction.
 2. Fair. Slow, but will pick up the skills. Needs more instructions than most.
 3. Average. No slower, no faster than others. Requires standard instruction.
 4. (Good.) Learns rapidly. Good memory. Rarely makes the same mistake twice.
 5. Outstanding. Excellent memory, quick learner. Never makes mistake twice.

F. **NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
 1. Needs constant supervision, or will get in trouble, wander off. Undependable.
 2. Needs closer supervision than most. Not very dependable.
 3. Average. Can be relied on for certain things but must be supervised by others.
 4. (Needs little supervision.) Good record of dependability and promptness.
 5. No supervision required. Completely dependable in all things.

G. **RESPONSE TO SUPERVISION AND INSTRUCTION**
 1. Poor. Resentful and hostile. May argue with supervisor.
 2. Fair. Resists or ignores suggestions.
 3. Satisfactory. Generally does what is told without any fuss.
 4. Good. No hostility or resentment. Tries to improve.
 5. (Outstanding.) Makes a real effort to please the instructor. Does exactly as told.

H. **ABILITY TO WORK WITH OTHERS**
 1. Poor. Negativistic, hostile, annoying to others.
 2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
 3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
 4. (Good.) Friendly, congenial, helpful; others like to work with.
 5. Outstanding. Gets along well with everyone. Very popular.

**OVERALL JOB PROFICIENCY**
If this inmate was an employee of yours in the community would you:
 1. Fire or lay off that individual?
 2. Transfer the person to a less demanding job at a lower pay scale?
 3. (Continue to employ the person but without a raise or promotion at this time?)
 4. Raise the person's pay but keep the person at the same job?
 5. Promote the person to a more demanding job at a higher pay rate?

**GRADES AND PAY**
 1. Performance Pay - Grade (Circle ONE)   1 - 2 - (3) - 4 - M
 2. Hours of Satisfactory Work _____ 130.00
 3. Regular Pay _____ 22.10
 4. Bonus Recommended ✓ Yes ___ No   7.50
 5. Total Pay _____ $29.60

| | SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|---|
| | off | 4 | 4 | off | 4 | 4 | 4 |

Month: ___   Total Hours ___

Absence Codes:
Note: Throughout month above, for days reflecting less than 7 hours worked please explain by inserting applicable code:

| AD | = | Adm. Det. | | HO | = | Holiday |
| C | = | Callout | | I | = | Medical Idle |
| E | = | Education | | UA | = | Unauthorized |
| F | = | Furlough | | U | = | Unsatisfactory |
| H | = | Hospital | | V | = | Visit |

This Space Provided for Staff Notations

Supervisor's Signature _____   Date 12-27-12   Inmate

(please print name) was requested to sign this rating, but refused, citing the following reason:

's Signature X Oscar _____   Date 12/24/12

may be replicated by WP)    (Replaces inventory of BP-324 of Oct 84)    Staff Witness' Signature _____ Date

BP-S324.052 WORK PERFORMANCE RATING - INMATE CFRM
U.S. DEPARTMENT OF JUSTICE                                   FEDERAL BUREAU OF PRISONS

| Inmate's Name: O. ANDRES | Register No. 50618-004 | Unit: G.T. |
|---|---|---|
| Evaluation Period: NOV. 2012 | Work Assignment: REC/DAY/PM | |
| Bonus Justification | Signature and Title of Dept. Head Approval | |

Route to Dept. Head for review, Then to Unit Team

| | SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|---|
| A | | | | | 8 | 8 | 8 |
| B | 8 | 8 | X | X | | | |
| C | | | | | | | |
| D | | | | | | | |
| E | ↓ | ↓ | ↓ | ↓ | ↓ | ↓ | ↓ |

A.  QUALITY OF WORK
  1. Unsatisfactory. Makes more errors than should for this level of training.
  2. Fair. Careless; makes mistakes and does not check work. Should do better.
  3. Satisfactory. Makes some mistakes but no more than expected at this level.
  (4.) Good. Makes fewer mistakes than most inmates at this level of training.
  5. Outstanding. Does superior work.

B.  QUANTITY OF WORK
  1. Unsatisfactory. Lazy, wastes time, goofs off.
  2. Fair. Does just enough to get by. Has to be prodded occasionally.
  3. Satisfactory. Works steadily but does not push self.
  (4.) Good. Willing worker. Does a full day's work and wastes little time.
  5. Outstanding. Drives self exceptionally hard all the time.

C.  INITIATIVE
  1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
  2. Fair. Usually relies on other to say what needs to be done.
  3. Satisfactory. Adapts to changes in routine. Will start work without being told.
  (4.) Good. Can plan own work well. Acts on own in most things. Doesn't wait.
  5. Outstanding. Has good ideas on better ways to do things.

D.  INTEREST; EAGERNESS TO LEARN
  1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
  2. Fair. Shows minimal interest but not very eager to learn.
  3. Satisfactory. Average amount of interest. Wants to learn, but no extra effort.
  (4.) Good. Above-average interest. Asks questions, does extra to improve skills.
  5. Outstanding. Tries to master job. Works to improve knowledge on own time.

E.  ABILITY TO LEARN
  1. Poor. Has very low aptitude, slow to learn. Unable, even w/ extra instruction.
  2. Fair. Slow, but will pick up the skills. Needs more instructions than most.
  3. Average. No slower, no faster than others. Requires standard instruction.
  (4.) Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
  5. Outstanding. Excellent memory, quick learner. Never makes mistake twice.

F.  NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT
  1. Needs constant supervision, or will get in trouble; wander off. Undependable.
  2. Needs closer supervision than most. Not very dependable.
  3. Average. Can be relied on for certain things but must be supervised by others.
  (4.) Needs little supervision. Good record of dependability and promptness.
  5. No supervision required. Completely dependable in all things.

G.  RESPONSE TO SUPERVISION AND INSTRUCTION
  1. Poor. Resentful and hostile. May argue with supervisor.
  2. Fair. Resists or ignores suggestions.
  3. Satisfactory. Generally does what is told without any fuss.
  (4.) Good. No hostility or resentment. Tries to improve.
  5. Outstanding. Makes a real effort to please the instructor. Does exactly as told.

H.  ABILITY TO WORK WITH OTHERS
  1. Poor. Negativistic, hostile, annoying to others.
  2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
  3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
  (4.) Good. Friendly, congenial, helpful; others like to work with.
  5. Outstanding. Gets along well with everyone. Very popular.

OVERALL JOB PROFICIENCY
If this inmate was an employee of yours in the community would you:
  1. Fire or lay off that individual?
  (2.) Transfer the person to a less demanding job at a lower pay scale?
  3. Continue to employ the person but without a raise or promotion at this tie?
  (4.) Raise the person's pay but keep the person at the same job?
  5. Promote the person to a more demanding job at a higher pay rate?

GRADES AND PAY
1. Performance Pay – Grade (Circle ONE)  1 - 2 - 3 - (4) - M
2. Hours of Satisfactory Work  160.00
3. Regular Pay  19.20
4. Bonus Recommended  ✓ Yes ___ No   1.00
5. Total Pay  20.20

Month: ____   Total Hours: ____

Absence Codes:
Note: Throughout month above, for days reflecting less than 7 hours worked please explain by inserting applicable code.

| AD | = | Adm. Det. | | HO | = | Holiday |
| C | = | Callout | | I | = | Medical Idle |
| E | = | Education | | UA | = | Unauthorized |
| F | = | Furlough | | U | = | Unsatisfactory |
| H | = | Hospital | | V | = | Visit |

This Space Provided for Staff Notations

Supervisor's Signature ____   Date 11/25/12   Inmate ____

(please print name) was requested to sign this rating, but refused, citing the following reason:

Signature ____   Date ____

BP-S324.052 WORK PERFORMANCE RATING - INMATE CFRM
U.S. DEPARTMENT OF JUSTICE                                      FEDERAL BUREAU OF PRISONS

| Inmate's Name: O. ANDRES | Register No. 50608-004 | Unit: GT |
|---|---|---|
| Evaluation Period: OCT - 2012 | Work Assignment: REC ORDERLY DAY/PM | |
| Bonus Justification | Signature and Title of Dept. Head Approval | |

Route to Dept. Head for review, Then to Unit Team

| | SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|---|
| | 1 | 6 | 6 | 6 | X | X | 6 |
| | 6 | | | | | | |

**A. QUALITY OF WORK**
1. Unsatisfactory. Makes more errors than should for this level of training.
2. Fair. Careless; makes mistakes and does not check work. Should do better.
3. Satisfactory. Makes some mistakes but no more than expected at this level.
4. Good. Makes fewer mistakes than most inmates at this level of training.
5. Outstanding. Does superior work.

**B. QUANTITY OF WORK**
1. Unsatisfactory. Lazy, wastes time, goofs off.
2. Fair. Does just enough to get by. Has to be prodded occasionally.
3. Satisfactory. Works steadily but does not push self.
4. Good. Willing worker. Does a full day's work and wastes little time.
5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually relies on other to say what needs to be done.
3. Satisfactory. Adapts to changes in routine. Will start work without being told.
4. Good. Can plan own work well. Acts on own in most things. Doesn't wait.
5. Outstanding. Has good ideas on better ways to do things.

**D. INTEREST; EAGERNESS TO LEARN**
1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
2. Fair. Shows minimal interest but not very eager to learn.
3. Satisfactory. Average amount of interest. Wants to learn, but no extra effort.
4. Good. Above-average interest. Asks questions, does extra to improve skills.
5. Outstanding. Trys to master job. Willing to improve knowledge on own time.

**E. ABILITY TO LEARN**
1. Poor. Has very low aptitude, slow to learn. Unable, even w/ extra instruction.
2. Fair. Slow, but will pick up the skills. Needs more instructions than most.
3. Average. No slower, no faster than others. Requires standard instruction.
4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
5. Outstanding. Excellent memory, quick learner. Never makes mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
1. Needs constant supervision, or will get in trouble; wander off. Undependable.
2. Needs closer supervision than most. Not very dependable.
3. Average. Can be relied on for certain things but must be supervised by others.
4. Needs little supervision. Good record of dependability and promptness.
5. No supervision required. Completely dependable in all things.

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**
1. Poor. Resentful and hostile. May argue with supervisor.
2. Fair. Resists or ignores suggestions.
3. Satisfactory. Generally does what he is told without any fuss.
4. Good. No hostility or resentment. Tries to improve.
5. Outstanding. Makes a real effort to please the instructor. Does exactly as told.

**H. ABILITY TO WORK WITH OTHERS**
1. Poor. Negativistic, hostile, annoying to others.
2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
4. Good, Friendly, congenial, helpful; others like to work with.
5. Outstanding. Gets along well with everyone. Very popular.

**OVERALL JOB PROFICIENCY**
If this inmate was an employee of yours in the community would you:
1. Fire or lay off that individual?
2. Transfer the person to a less demanding job at a lower pay scale?
3. Continue to employ the person but without a raise or promotion at this time?
4. Raise the person's pay but keep the person at the same job?
5. Promote the person to a more demanding job at a higher pay rate?

**GRADES AND PAY**
1. Performance Pay – Grade (Circle ONE)   1 - 2 - 3 - (4) - M
2. Hours of Satisfactory Work  125.00
3. Regular Pay                 15.00
4. Bonus Recommended  ✓ Yes ___ No   1.00
5. Total Pay                   16.00

Month: ___    Total Hours: ___

Absence Codes:
Note: Throughout month above, for days reflecting less than 7 hours worked please explain by inserting applicable code.

| AD | = | Adm. Det. | | HO | = | Holiday |
| C | = | Callout | | I | = | Medical Idle |
| E | = | Education | | UA | = | Unauthorized |
| F | = | Furlough | | U | = | Unsatisfactory |
| H | = | Hospital | | V | = | Visit |

This Space Provided for Staff Notations

Supervisor's Signature: [signature]   Date: 10/30/12

Inmate (Please print name) was requested to sign this rating, but refused, citing the following reason:

Signature: X   Date:

Staff Witness' Signature:   Date:

BP-S324.052 WORK PERFORMANCE RATING - INMATE CFRM
U.S. DEPARTMENT OF JUSTICE                                                    FEDERAL BUREAU OF PRISONS

Inmate's Name: O. Andres          Register No: 50618-004    Unit: CT
Evaluation Period: Sept. 2012     Work Assignment: Orderly/Day/PM
Bonus Justification:              Signature and Title of Dept. Head Approval:

Route to Dept. Head for review, Then to Unit Team

A. QUALITY OF WORK
   1. Unsatisfactory. Makes more errors than should for this level of training.
   2. Fair. Careless; makes mistakes and does not check work. Should do better.
   3. Satisfactory. Makes some mistakes but no more than expected at this level.
   (4.) Good. Makes fewer mistakes than most inmates at this level of training.
   5. Outstanding. Does superior work.

B. QUANTITY OF WORK
   1. Unsatisfactory. Lazy, wastes time, goofs off.
   2. Fair. Does just enough to get by. Has to be prodded occasionally.
   3. Satisfactory. Works steadily but does not push self.
   (4.) Good. Willing worker. Does a full day's work and wastes little time.
   5. Outstanding. Drives self exceptionally hard all the time.

C. INITIATIVE
   1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
   2. Fair. Usually relies on other to say what needs to be done.
   3. Satisfactory. Adapts to changes in routine. Will start work without being told.
   (4.) Good. Can plan own work well. Acts on own in most things. Doesn't wait.
   5. Outstanding. Has good ideas on better ways to do things.

D. INTEREST; EAGERNESS TO LEARN
   1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
   2. Fair. Shows minimal interest but not very eager to learn.
   3. Satisfactory. Average amount of interest. Wants to learn, but no extra effort.
   (4.) Good. Above-average interest. Asks questions, does extra to improve skills.
   5. Outstanding. Tries to master job. Wants to improve knowledge on own time.

E. ABILITY TO LEARN
   1. Poor. Has very low aptitude, slow to learn. Unable, even w/ extra instruction.
   2. Fair. Slow, but will pick up the skills. Needs more instructions than most.
   3. Average. No slower, no faster than others. Requires standard instruction.
   (4.) Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
   5. Outstanding. Excellent memory, quick learner. Never makes mistake twice.

F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT
   1. Needs constant supervision, or will get in trouble; wander off. Undependable.
   2. Needs closer supervision than most. Not very dependable.
   (3.) Average. Can be relied on for certain things but must be supervised by others.
   4. Needs little supervision. Good record of dependability and promptness.
   5. No supervision required. Completely dependable in all things.

G. RESPONSE TO SUPERVISION AND INSTRUCTION
   1. Poor. Resentful and hostile. May argue with supervisor.
   2. Fair. Resists or ignores suggestions.
   3. Satisfactory. Generally does what is told without any fuss.
   (4.) Good. No hostility or resentment. Tries to improve.
   5. Outstanding. Makes a real effort to please the instructor. Does exactly as told.

H. ABILITY TO WORK WITH OTHERS
   1. Poor. Negativistic, hostile, annoying to others.
   2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
   (3.) Satisfactory. Gets along OK with most co-workers and is accepted by them.
   4. Good. Friendly, congenial, helpful; others like to work with.
   5. Outstanding. Gets along well with everyone. Very popular.

OVERALL JOB PROFICIENCY
If this inmate was an employee of yours in the community would you:
1. Fire or lay off that individual?
2. Transfer the person to a less demanding job at a lower pay scale?
(3.) Continue to employ the person but without a raise or promotion at this tie?
4. Raise the person's pay but keep the person at the same job?
5. Promote the person to a more demanding job at a higher pay rate?

GRADES AND PAY
1. Performance Pay – Grade (Circle ONE)    1  -  2  - (3) -  4  - M
2. Hours of Satisfactory Work  160.00
3. Regular Pay _____  27.20
4. Bonus Recommended ___ Yes ___ No     8.00
5. Total Pay _____  35.20

Supervisor's Signature: _____  Date: 9/27/12   Inmate: ___

|     | SUN | MON | TUE | WED | THU | FRI | SAT |
|-----|-----|-----|-----|-----|-----|-----|-----|
|     |     |     |     |     |     |     |  8  |
|     |  8  |  8  |  8  |  8  |  X  |  X  |     |

Month: _____    Total Hours: _____

Absence Codes:
Note: Throughout month above, for days reflecting less than 7 hours worked please explain by inserting applicable code:

| AD | = | Adm. Det.   | HO | = | Holiday       |
| C  | = | Callout     | I  | = | Medical Idle  |
| E  | = | Education   | UA | = | Unauthorized  |
| F  | = | Furlough    | U  | = | Unsatisfactory|
| H  | = | Hospital    | V  | = | Visit         |

This Space Provided for Staff Notations

(please print name) was requested to sign this rating, but refused, citing the following reason:

Signature: X _____   Date: X _____

May be replicated by WP    (Replaces inverse of BO-324 of Oct 84)   Staff Witness' Signature _____   Date _____

BP-S148.055 INMATE REQUEST TO STAFF  CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                      FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| Mr. Denson | 4/4/13 |
| FROM: Oscar Andres | REGISTER NO.: 50618-004 |
| WORK ASSIGNMENT: Comm. | UNIT: GT |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

- Requesting copy's of BP-8, 9, 10, 11 of FRP from 2011. IF Not requesting,
- ID FilE number or the case number of all The filings.

Thank You

(Do not write below this line)

DISPOSITION:

You were given copies of BP8's, But the BP 9, 10, 11's, you will need to contact the AW secretary concerning them.

Signature Staff Member
D. Denson

Date
4/10/13