IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

FILED by ___ D.C.

DEC 0 9 2014

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

Oscar Andrés,

Petitioner,


vs                                            Crim. No. 98-0076-KMM (3)


United States of America,

Respondents

_____/


## MOTION FOR MODIFICATION OR REDUCTION OF SENTENCE PURSUANT TO 18 USC 3582 (c) (2) GUIDELINE AMENDMENT No. 782


**COMES NOW**, Oscar Andres, hereinafter known as petitioner, in pro se forma,

respectfully submits this sentencing memorandum in support of his request for a sentence

reduction consistent with the Sentencing Commission Amendments and its retroactive

application of Amendment **782**. In addition, on July 18, 2014, the Commission voted to make

Amendment 782 retroactive applicable to all those offenders currently serving time for federal

drug offenses. Petitioner a first time offender is currently serving a drug sentence and conviction.

In support thereof petitioner avers as follows:

1- On August 3, 1998, petitioner was found guilty by a jury of Counts One, Two and Three of a

four count superseding indictment. Count One charged with conspiracy to import cocaine, in

violation of 21 USC 963. Count Two charged with conspiracy to possess with intent to distribute

cocaine in violation of 21 USC 846. Count Three charged with using or carrying a firearm in

1

relation to a drug trafficking crime in violation of 18 USC 924 (c). (Docket No. **178**)

2- The presence report established the petitioner was held accountable for 252 kilograms of cocaine. Since the offense involved more than 150 kilograms or more of cocaine, the base offense level was 38. Under specific offense characteristics the offense level was increased by (2) two points because a dangerous weapon was used during the conspiracy (See, USSG 2D1.1 (b) (1)). Also, a (2) two points were added because a victim was physically restrained in the course of the offense. (See, USSG 3A.1.3) The total offense level was __42__.  Petitioner a first time offender has been currently incarcerated for more than fifteen years.

3- The district court sentence petitioner to a term of life imprisonment on counts one and two. Also, a five years consecutive sentence for count three with a supervise release term of five years. (Docket No. **211**). Petitioner made a timely notice of appeals to the Eleventh Circuit. On May 5, 2001, the judgment and conviction was affirmed.  (Docket No. **237**).

4- It is well settled that pro se litigants generally are entitled to a liberal construction of their pleadings, which should be read 'to raise the strongest arguments that they suggest.' See, Harris *v. Mills,* 572 F.3d 66, 72 (2d Cir. 2009); see generally *Haines v. Kerner*, 404 U.S. 519, 520-521 (1972) (per curiam). Pro se complaints should be read with "special solicitude" and should be interpreted to raise the "strongest [claims] that they suggest." *Triestman v. Fed. Bureau of Prisons*, 470 F.3d 471, 474-75 (2d Cir. 2006) (citations omitted).

5- Petitioner avers, with the protections afforded in *Haines vs. Kerner*, and based on the weight estimates as established in the pre-sentence report, he is entitled to the relief afforded in Amendment **782** and its retroactive application to modify the sentence originally imposed in the instant case. See, statement §1B1.10 (Reduction in Term of Imprisonment); see also, (Policy Statement), as promulgated by the Commission on June 30, 2011.

2

6- Amendment 782 reduced by two levels the offense levels assigned to the quantities that trigger the statutory mandatory minimum penalties in §2D1.1, and made parallel changes to §2D1.11. In addition, public safety will be considered in every case because §1B1.10 requires the court, in determining whether, and to what extent, a reduction in the defendant's term of imprisonment is warranted, to consider the nature and seriousness of the danger to any person or the community that may be posed by such a reduction. See §1B1.10, comment. (n.1 (B)(ii)).

7- The district court under its discretion should consider the following factors. One, in a case in which a defendant is serving a term of imprisonment, and the guideline range applicable to that defendant has subsequently been lowered as a result of an amendment to the Guidelines Manual listed in subsection (d) below, the court may reduce the defendant's term of imprisonment as provided by 18 U.S.C. § 3582(c)(2). As required by 18 U.S.C. § 3582(c) (2), any such reduction in the defendant's term of imprisonment shall be consistent with this policy. See, *Dillon v. US*, 560 U.S. 817 (2010).

8- Also, the court in determining whether, and to what extent, a reduction in a defendant's term of imprisonment under 18 U.S.C. § 3582(c)(2) and this policy statement is warranted; the court shall determine the amended guideline range that would have been applicable to the defendant if the amendment(s) to the guidelines listed in subsection (d) had been in effect at the time the defendant was sentenced. See, *Pepper v. US*, 131 S. Ct. 1229 (2011); *Rita v. US*, 551 U.S. 338 (2007); *Freeman v. United States*, 131 S.Ct. 2685, 2697-98 (2011).

9- On October 19, 1998, Andres was sentenced to life imprisonment as to Counts One and Two and 60 months' imprisonment as to Count Three, to run consecutively. (Crim. DE: 211). The sentence imposed was within the advisory Sentencing Guidelines range as calculated in the Presentence Investigation Report ("hereinafter PSR") prepared by the Probation Office. The PSR

calculated an advisory guideline range of 360 months to life based on a total offense **level 42** and a criminal history category I. *See* PSR ¶74. The total offense level included a base *offense level of 38 based on a drug amount of 252 kilograms of cocaine*; a two-level enhancement for the use of a dangerous weapon; and a two-level enhancement for the physical restraint of a victim. *See* PSR¶¶43-45.

10- Petitioner avers the pre-*Apprendi* Superseding Indictment did not allege a specific drug quantity for either Counts One or Two. However, the penalty sheet reflected a maximum penalty of life imprisonment for each count. The total amount of drugs use as relevant conduct was adduced by the testimony of cooperating witnesses used by the prosecution to prove their case.

11- The district court when applying Amendment 782 must also consider: 1) the factors set forth in 18 U.S.C. § 3553(a) in determining: (I) whether a reduction in the defendant's term of imprisonment is warranted; and (II) the extent of such reduction; 2) the court shall consider the nature and seriousness of the danger to any person or the community that may be posed by a reduction in the defendant's term of imprisonment in determining: (I) whether such a reduction is warranted; and (II) the extent of such reduction; and 3) the court may consider post-sentencing conduct (rehabilitation) of the defendant that occurred after imposition of the term of imprisonment in determining: (I) whether a reduction in the defendant's term of imprisonment is warranted; and (II) the extent of such reduction.

12- Petitioner avers he is eligible for a sentence reduction under Amendment 782. The new guideline range clearly affects the sentence imposed by the district court, and has the effect of significantly lowering the sentence. The new base offense level after applying amendment 782 is now thirty (**36**). In accordance with the Sentencing Table, the new offense level is 36 under criminal history category I provides a guideline range of **188 to 235** months. Petitioner a first

4

time offender meets the criteria for a sentence reduction because his new guideline range has been lowered.

13- Petitioner's sentence should be circumscribed only to those facts found by the jury not by the district court. The indictment used against petitioner was silent as to the amount of drugs and the jury made no specific drug amounts findings. The legal statutory minimum and maximum set forth in § 841(b) (1) (C) for a cocaine offense without regard to drug quantity. As the Supreme Court recognized in *Apprendi*, the Constitution's "procedural safeguards designed to protect [a defendant] from unwarranted pains should apply equally to [all] acts that" a state has criminalized. 530 US at 476.

14- Moreover, it is important that his claim now be considered on the merits. If he is right, he is serving a term of imprisonment that exceeds the maximum term authorized by Congress. The crime for which he was convicted carries a maximum sentence of 20 years imprisonment. See 841 (b) (1) (c).  There is no doubt that, in addition to high-lighting the favored status of the jury rights and bedrock procedural limits on state police power, the language of these provisions should be read together to help chart the proper boundaries of the procedural rights at issue in the instant case.

15- Pristinely clear, petitioner's original guideline range was 235 to 293 months. Now under amendment 782 his new guideline range is 188 to 235 months. Moreover, when evaluating a 3582 (c) motion the district court is required to consider other guidelines provisions like post conviction rehabilitation and other 3553 (a) factors. Particularly in the instant case as part of the rehabilitation since the arrest petitioner has submitted evidence of some of the educational courses completed as part of the 3553(a). See *Exhibit I*.

16- In *Pepper*, Justice Sotomayor explained that over the history of federal sentencing reform,

sentencing courts have been permitted to consider the widest possible breadth of information about a defendant. Also, the court recognized that although the SRA constrained the discretion of district courts in various ways, the Court's cases since *United States v. Booker* made the formerly mandatory system effectively advisory.

17- Therefore, district courts could now consider evidence of post-sentencing rehabilitation to support a downward variance from the guidelines.  See, *US v. Gall*, 128 S. Ct. at 597(2007) (noting that in considering the latter, reviewing courts must take into account the "totality of the circumstances"); see also, *US v. Martin*, 520 F.3d 87, 92 (1st Cir. 2008).

18- In reference to the 3553 (a) factors the Court in *Rita*, supra, noted that ". . . the sentencing statutes envision both the sentencing judge and the Commission as carrying out the same basic § 3553(a) objectives, the one, at retail, the other at wholesale." Second, the Court discussed the process that the Commission used to initially promulgate and subsequently amend the guidelines, concluding that the guidelines "seek to embody the § 3553(a) considerations, both in principle and in practice" and that they "reflect a rough approximation of sentences that might achieve § 3553(a)'s objectives." *Id.*

19 - Over the past years, the Supreme Court has given judges the power to impose sentences that are not greater than necessary to satisfy the statutory purposes of sentencing, to consider *all* of the characteristics of the offender and circumstances of the offense, to reject advisory guidelines that are not based on national sentencing data and empirical research and to serve their function in the constructive evolution of responsible guidelines. See, *Kimbrough v. US*, 128 S. Ct. 558 (2007). The Court really means it. *Spears v. US*, 129 S. Ct 840 (Jan. 21, 2009); See also, *Nelson v. US*, 129 S. Ct. 890 (Jan. 26, 2009).

20- The statute governing sentencing requires the district court to "impose a sentence sufficient,

but not greater than necessary, to comply with the purposes set forth in paragraph (2)" of that

provision. 18 U.S.C. § 3553(a) those purposes are:

> (2) The need for the sentence imposed—
>
> (A) To reflect the seriousness of the offense, to promote respect for the law, and
> to provide just punishment for the offense;
>
> (B) To afford adequate deterrence to criminal conduct;
>
> (C) To protect the public from further crimes of the defendant; and
>
> (D) To provide the defendant with needed educational or vocational training,
> medical care, or other correctional treatment in the most effective manner. 18
> USC § 3553(a) (2).

21- In fashioning a sentence that complies with the "*overarching provision instructing district*

*courts to 'impose a sentence sufficient, but not greater than necessary,' to achieve the goals of*

*sentencing,*" *Kimbrough*, supra at 570, the judge must consider numerous factors before handing

down the sentence.

22- In order to reduce unwarranted federal sentencing disparities, the Sentencing Reform Act of

1984 authorizes the United States Sentencing Commission to create, and to retroactively amend,

Sentencing Guidelines to inform judicial discretion. Based on the retroactive application, the

statutory authority underlying it and the Supreme Court intervening decision in *Freeman*, and its

progeny, petitioner avers he is entitled to the relief as implemented by the Sentencing

Commission.

23- The district court may modify a defendant's term of imprisonment once it has been imposed

when the United States Sentencing Commission makes an amendment to the Guidelines

retroactive, and the amended guideline was part of the basis of the defendant's guideline range.

The court may not modify a term of imprisonment once it has been imposed except that:

(2) "…after considering the factors set forth in Title 18 USC § 3553(a) to the extent that they are

applicable, if such a reduction is consistent with applicable policy statements issued by the

Sentencing Commission." See, *18 USC § 3582(c) (2)*.

24- Henceforth, when revisiting petitioner's sentence, the guidelines, their commentary, and the

Commission's policy statements remain advisory. When sentencing (or, as here, effectively re-

sentencing) a defendant, this Court "*may not presume that the Guidelines range is reasonable*."

Rather, this Court must treat the Guidelines "as one factor among several" that 18 U.S.C. §

3553(a) mandates it consider, albeit the "initial" one that it should use as a "starting point."

Once the court correctly calculates the sentence that the Guidelines recommend, it must then

"make an individualized assessment," considering the remaining factors sets forth in § 3553(a).

25- Because the Guidelines merely reflect a "wholesale" view "rough[ly] approximat[ing] ...

sentences that *might* achieve § 3553(a)'s objectives," *the* § 3553(a) factors requires the Court to

tailor an individualized sentence "at retail" that actually *does* achieve § 3553(a)'s objectives in

the case before it. Section 3582(c) (2) empowers district judges to correct sentences that depend

on frameworks that later prove unjustified. There is no reason to deny §3582(c) (2) relief to

defendants who linger in prison pursuant to sentences that would not have been imposed but for

a since-rejected, excessive range.

26- This Court has discretion to find that the Guidelines' "approximation" of an appropriate

sentence would result in a sentence "greater than necessary", because the Court has the

discretion to disagree with the Sentencing Commission's policy judgments – those mandatory

sentences that over represents the defendant criminal history.

27- The Sentencing Reform Act of 1984, 18 U. S. C. §3551 et seq., calls for the creation of

Sentencing Guidelines to inform judicial discretion in order to reduce unwarranted disparities in

federal sentencing. The Act allows retro-active amendments to the Guidelines for cases where

the Guidelines become a cause of inequality, not a bulwark against it. When a retroactive guideline amendment is adopted, §3582(c) (2) permits defendants' sentenced based on a previous sentencing range that has been modified to move for a reduce sentence. *See, Justice Kennedy Slip Opinion in Freeman, supra.*

28- Further guidance could be derived from *Carachuri-Rosendo v. Holder*, 130 S.Ct. (2010). Read properly, *Carachuri-Rosendo* supports that a correct calculation on accurate and reliable facts are crucial to a section 3582 (c) (2) process and result. (See, Justice Scalia in his concurring opinion, noting that "[a] defendant is not "convicted" of sentencing factors, but only of the elements of the crime charged in the indictment". *Id* at 2589).

29- Pristinely clear, another guiding post is the case of *Depierre v. US*, 130 S. Ct. 2896 (2011). There the Supreme Justices established that a section 3582 Court must now read 21 USC 841 with fresh eyes. Moreover, *Depierre* compels that the identity and quantity of cocaine base are offense elements as a matter of statutory interpretations and must be proven beyond a reasonable doubt in order to impose the mandatory minimum sentences under 841(b)(1)(A)(iii) or (b)(1)(B)(iii). Furthermore, these elements must be proven at trial, not at sentencing.

30- Today the district court must 'filter the Guidelines' general advice through § 3553 (a)'s list of factors." When the Guidelines' "*rough approximation*" conflicts with the Court's view of the sentence warranted by other § 3553(a), this Court may disregard the recommended Guideline and sentence in favor of one is tailored to the circumstances of the particular defendant.

31- The judge has discretion to find that the Guidelines' "rough approximation" of an appropriate sentence would result in a sentence "greater than necessary", because the Court has the discretion to disagree with the Sentencing Commission's policy judgments – especially animating the drug quantity table set forth in *USSG § 2D1.1.14.*

9

32- A reviewing court should modify a defendant's sentence pursuant to § 3582(c) (2) if, inter

alia, the defendant "has been sentenced to a term of imprisonment based on a sentencing range

that has subsequently been lowered by the Sentencing Commission." *18 USC § 3582(c) (2).* **See**,

*US v. Mateo*, 560 F.3d 152, 155 (3d Cir. 2009) (Quoting *US v. Caraballo*, 552 F.3d 6, 10 (1st

Cir.2008)). Thus, an amended Guideline must "'have the effect of lowering the sentencing range

actually used at sentencing'" in order to give rise to a reduction under § 3582(c) (2). *Id.*

33- In the instant case, when petitioner was sentenced, the "overall guideline calculus" and the

"sentencing range actually used at sentencing" was from 235 to 293 months of imprisonment.

This sentencing range was the product of a total offense level of **38** and Criminal History

Category of **I**. After Amendment 782 petitioner's sentencing range has been lowered and this

modification should allow the sentencing court to resentence accordingly.

       **WHEREFORE**, for the foregoing reasons and case law cited herein, petitioner prays this

Honorable Court grants the relief seek herein. Also, vacates the sentence and conviction imposed

in the instant case according to the provisions of Amendment 782 and/or grants any other relief

this Court deems proper.

Filed on the **27** day of November 2014.

                              Respectfully submitted,

                              Oscar Andres

                              Petitioner Pro Se

                              Register No. 50618-004

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** under penalty of perjury that the following motion for reduction of sentence filed under Title 21 USC 3582 (c) is true and correct. Also, Also, a copy of the foregoing was mailed first class pre-paid to: United States Attorney's Office 99 N.E. 4th Street Miami, Fl. 33132.

Oscar Andres

Petitioner Pro Se

## Page 1

Department of Justice
**INMATE SKILLS DEVELOPMENT PLAN**

Federal Bureau of Prisons
**Current Progress Report: 09-22-2014**

| | |
|---|---|
| **Name:** | ANDRES, OSCAR |
| **Register Number:** | 50618-004 |
| **Age/Sex/Race:** | /M |
| **Security/Custody:** | MEDIUM/IN |
| **CIM Status:** | /LIFE |

| **Institution:** | BUTNER MEDI FCI |
| | P.O. 1000 |
| | BUTNER, NC 27509 |
| **Telephone:** | (919) 575-4541 |
| **Fax:** | 700-625-8011 |

| **Next Review Date:** | 11-20-2014 |
| **Next Custody Review Date:** | 03-01-2013 |
| **Projected Release:** | 41 / 11-14-1972 / M |
| | If yes, reconciled Y |

| **Driver's License/State:** | / |
| **SSN:** | 919002E84 |
| **FBI Number:** | 287866077 |
| **DCDC Number:** | |
| **INS Number:** | 23592184 |
| **PDID Number:** | |
| **Other ID's:** | |

| **Release Residence:** | |
| | Noris Andres, Mother |
| | 1233 SW 188 STREET |
| | MIAMI, FL 33177 |
| **Telephone:** | (305) 244-7555 |

| **Release Employer:** | |
| | To be secured |
| | [Address] |
| | [POC] |
| | [Phone] |

| **Primary Emergency Contact:** | |
| | Noris Andres, Mother |
| | 1233 SW 189th Street |
| | Miami, FL 33177 |
| **Telephone:** | (305) 244-7555 |

| **Contact:** | |
| **Secondary Emergency Telephone:** | |
| **Contact:** | |
| **Telephone:** | |
| | [POC] |
| | [Address] |

**Mentor Information:**

**Controlling Sentence Information:**

| Offense/Violator Offenses | Sentence | Sentencing Procedure | Supervision Term |
|---|---|---|---|
| CONSPIRACY TO IMPORT COCAINE T21USC963 (COUNT 1) CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE T21USC846 (COUNT 2) | LIFE | AGGREGATE GROUP 800 PLRA | 5 YEARS |
| USING OR CARRYING A FIREARM DURING AND IN RELATION TO A DRUG TRAFFICKING CRIME T18USC924(C) AND 2 (COUNT 3) | | | |

**Other Current Offenses:**

NONE

**Primary Current Offenses:**

| Time Served/Jail Credit/Inoperative Time | Days OCT/EGT/SGT | Days FSGT/WSGT/DGCT | Parole Status |
|---|---|---|---|
| 16 YEARS 7 MONTHS 24 DAYS / 262 / 0 | 0 / 0 / 0 | 0 / 0 / 0 | NOT ENTERED |

**Controlling Sentence Begins:** 10-19-1998

**Detainers:** N

**Special Parole Term:** NOT APPLICABLE

**Pending Charges:** None known

**Clm Status:** Y

**Clm Reconciled:** Y

| Case No./Court of Jurisdiction |
|---|
| 1-98CR00076-003 |

**Financial Responsibility:**

| | Imposed | Balances | Adjudged/Schedule Payment |
|---|---|---|---|
| FINE COMMITTED USDC | $15000.00 | $10064.00 | FINAN-RESP-PARTICIPATES $100.00 MONTHLY |

---

## Page 2

Department of Justice
**INMATE SKILLS DEVELOPMENT PLAN**

Federal Bureau of Prisons
**PROGRESS REPORT: 09-22-2014**

| **Financial Plan** | Y |
| **Active:** | Y |
| **Financial Plan Date:** | 07-06-2012 |

| **Comm Dep-6 mos:** | $3563.60 |
| **Commissary:** | |
| **Balance:** | $211.42 |

| **Payments** | |
| **Commensurate:** | N |
| **Missed:** | N |

| **Comm Dep-6 mos:** | N / $100 monthly due to incoming funds |

**Judicial Recommendations:** NONE / NONE / NONE...

**Special Conditions of Supervision:** None noted

**USPO Sentencing:** Reginald D. Michael, Chief
Florida Southern Probation Office
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue 9th floor South
Miami, FL 33128
**Phone/Fax:** 305-523-5300 / 305-523-5496

| **USPO** | [POC] |
| **Relocation:** | [District] |
| | [Street Address/Suite] |
| | [City], [State] [Zip] |
| **Phone/Fax:** | [Phone1] / [Fax] |

**Subject to 18 U.S.C. 4042(B) Notification:**
- Current conviction for a crime of violence (state and federal)
- Conviction for a drug trafficking crime (federal)

| **DNA Required:** | Y - 05-27-2011 |
| **Subject to Sex Offender Notifications:** | N |
| **Treaty Transfer Case:** | N |

**Profile Comments:**

**EDUCATION DATA**

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| BUT | GED HAS | COMPLETED GED OR HS DIPLOMA | 02-15-1999 | CURRENT |
| BUT | ESL HAS | ENGLISH PROFICIENT | 02-15-1999 | CURRENT |
| BUT | AEROBICS | WELLNESS AEROBICS CLASS | 04-01-2013 | CURRENT |

**COMPLETED EDUCATION COURSES**

| Course Description | | | Completion Date | Course Hours |
|---|---|---|---|---|
| HEALTH FAIR | | | 05-01-2013 | 1 |
| HEALTH FAIR | | | 09-26-2012 | 1 |
| ADVANCED WELL ABS CLASS | | | 09-27-2012 | 3 |
| WELLNESS ABDOMNAL CLASS | | | 08-27-2012 | 3 |
| WELLNESS AEROBICS CLASS | | | 08-27-2012 | 2 |
| ADV WELLNESS SPIN CLASS | | | 08-27-2012 | 3 |
| WELLNESS AEROBICS CLASS | | | 03-04-2012 | 1 |
| PRE-REQUISITE LEAGUES | | | 05-14-2011 | 1 |
| CIRCUIT TRNG INTERMEDIATE LEV | | | 06-11-2011 | 3 |
| SPINNING CLASS RECREATION | | | 05-14-2011 | 3 |
| CIRCUIT TRNG BEGINNER LEVEL | | | 03-05-2011 | 3 |
| CIRCUIT TRNG ADVANCED LEV | | | 12-05-2010 | 3 |

**Name: ANDRES, OSCAR**    RegNo: 50618-004

| Course | Date | No. |
|---|---|---|
| PSY - SUICIDE WATCH COMPANION | 11-03-2010 | 4 |
| INTO TO HANDBALL RULES | 11-19-2009 | 6 |
| SMRTCONSUMER/600-730P | 12-11-2009 | 16 |
| TECH-ANAL YS/SMA6-730P | 12-04-2009 | 18 |
| ACE-BUSINESSPLAN-M630-830P | 09-10-2009 | 30 |
| ACE-FUND ANALYSIS/T-630-830P | 09-10-2009 | 30 |
| ACE-PERSONAL FINANCE/T-W-730PM | 07-02-2009 | 24 |
| CICUIT TRAINING PM | 04-30-2009 | 3 |
| SPINNING CLASS RECREATION | 02-24-2009 | 3 |
| INTRO TO REC I (MONDAY'S 1:30PM) | 03-13-2009 | 3 |
| ABDOMINAL WORKOUT CLASS | 02-24-2007 | 1 |
| TUE-WED 7:30-3:30 VT CUST MAIN | 05-02-2007 | 108 |
| ADV STP AEROB M/W/F 1830-1930 | 04-04-2007 | 3 |
| ADV STP AEROB M/W/F 1830-1930 | 02-07-2006 | 3 |
| ELECTRONIC LAW LIB TRAINING | 02-14-2006 | 2 |
| ABDOMINAL WORKOUT CLASS | 02-07-2006 | 3 |
| ABDOMINAL WORKOUT CLASS | 12-01-2005 | 3 |
| ADV STP AEROB M/W/F 1830-1930 | 12-02-2005 | 3 |
| BEG AEROBICS M/W/F 1830-1930 | 10-24-2005 | 3 |
| ADV STP AEROB M/W/F 1830-1930 | 10-11-2005 | 3 |
| PERSONAL TRAINER CERTIFICATION | 09-10-2005 | 2 |
| BEG AEROBICS M/W/F 1830-1930 | 08-10-2005 | 3 |
| ABDOMINAL WORKOUT CLASS | 07-04-2005 | 3 |
| ADV STP AEROB M/W/F 1830-1930 | 07-04-2005 | 3 |
| BEG AEROBICS M/W/F 1830-1930 | 06-20-2005 | 4 |
| SOCCER OFFICIALS CLINIC/HOURS | 06-06-2005 | 2 |
| PERSONAL TRAINER CERTIFICATION | 04-30-2005 | 2 |
| NUTRITION/WEIGHT LOSS CLASS | 05-16-2004 | 1 |
| ADV STP AEROB M/W/F 1830-1930 | 12-12-2003 | 10 |
| ADVANCED YOGA CLASS | 12-12-2003 | 13 |
| ADV STP AEROB M/W/F 1830-1930 | 09-22-2003 | 24 |
| ADVANCED YOGA CLASS | 09-22-2003 | 24 |
| ABDOMINAL WORKOUT CLASS | 07-30-2003 | 24 |
| ADV STP AEROB M/W/F 1830-1930 | 06-13-2003 | 24 |

---

## Department of Justice    Federal Bureau of Prisons
## INMATE SKILLS DEVELOPMENT PLAN    PROGRESS REPORT: 09-22-2014

| Course | Date | No. |
|---|---|---|
| ADV STP AEROB M/W/F 1830-1930 | 04-13-2003 | 24 |
| PERSONAL TRAINER CERTIFICATION | 04-07-2003 | 10 |
| ADV STP AEROB M/W/F 1830-1930 | 02-10-2003 | 24 |
| BEGINNER BIKE/SPIN | 12-15-2002 | 24 |
| ADV STP AEROB M/W/F 1830-1930 | 12-15-2002 | 24 |
| ADV STP AEROB M/W/F 1830-1930 | 12-03-2002 | 24 |
| HATHA YOGA CLASS | 10-22-2002 | 24 |
| ADVANCE BIKE SPIN | 10-05-2002 | 24 |
| ADV STP AEROB M/W/F 1830-1930 | 09-25-2002 | 24 |
| ADVANCE BIKE SPIN | 06-25-2002 | 24 |
| BEG AEROBICS M/W/F 1830-1930 | 05-28-2002 | 24 |
| CULINARY ARTS VT-M-F 12:30-3:30 | 05-07-2001 | 66 |
| REAL ESTATE, SUN-1:30,MON 6:30 | 10-23-2000 | 15 |
| ADV TYPING 2:30-3:30 | 08-17-2000 | 20 |
| TYPING MON-FRI 1:30 - 2:30PM | 06-30-2000 | 20 |
| COMPUTER CLASS M-F 8-11 AM | 08-23-1999 | 12 |

### HIGH TEST SCORES:

| Test | Subject | Score | Test Date | Test Fac | Form | State |
|---|---|---|---|---|---|---|
| Inmate has no score history items in this area | | | | | | |

### WORK DATA:

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| BUT | REC PM | REC PM ORD 12:30PM-8:30PM | 09-19-2014 | CURRENT |

### WORK HISTORY:

| Facility | Assignment | Work Assignment Description | Start Date | Stop Date |
|---|---|---|---|---|
| BUT | REC PM | REC PM ORD 12:30PM-8:30PM | 01-02-2014 | 09-19-2014 |
| BUT | REC PM | REC PM ORD 12:30PM-8:30PM | 02-12-2013 | 01-02-2014 |
| BUT | COMMISSARY | FCI COMMISSARY CLK/ORD | 12-03-2012 | 02-12-2013 |
| BUT | ORD GT | GEORGIA TECH ORDERLY | 07-02-2012 | 12-03-2012 |
| BUT | REC PM | REC PM ORD 12:30PM-8:30PM | 04-05-2012 | 07-02-2012 |
| BTF | REC PM2 | RECREATION ORDERLY PM 2 | 02-14-2012 | 04-05-2012 |
| BTF | COMM CLERK | COMMISSARY CLERK | 02-10-2011 | 02-14-2012 |
| BTF | REC PM2 | RECREATION ORDERLY PM 2 | 04-21-2010 | 02-10-2011 |
| BTF | ICP ORD AM | INMATE COMPANION WORKER | 01-28-2010 | 04-21-2010 |
| BTF | REC PM2 | RECREATION ORDERLY PM 2 | 02-10-2010 | 02-10-2011 |
| BTF | COMM CLERK | COMMISSARY CLERK | 11-03-2009 | 01-28-2010 |
| BTF | ICP ORD AM | RECREATION COMPANION WORKER | 11-03-2009 | 01-28-2010 |
| BTF | REC PM2 | RECREATION ORDERLY PM 2 | 06-21-2009 | 11-02-2009 |

## Page 5

Name: ANDRES, OSCAR                                        RegNo: 50618-004

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| BTF | REC AM1 | RECREATION ORDERLY AM 1 | 06-17-2009 | 06-21-2009 |
| BTF | CCS ORD/PM | CORRECTIONAL SERVICES PM ORDER | 05-04-2009 | 06-17-2009 |
| BTF | REC PM2 | RECREATION ORDERLY PM 2 | 03-20-2009 | 05-04-2009 |
| BTF | A&O COMPL | A&O COMPLETE | 03-12-2009 | 03-13-2009 |
| TAL | JAIL | WORK ASSG (A-PRE/A-HLD) | 02-03-2009 | 02-05-2009 |
| COP | COMMISSARY | COMMISSARY DETAIL | 04-28-2008 | 02-03-2009 |
| COP | M.UNIT ORD | M UNIT ORDERLY | 08-30-2007 | 04-28-2008 |
| COP | L.UNIT ORD | L UNIT ORDERLY | 07-13-2007 | 08-30-2007 |
| COP | M.UNIT ORD | M UNIT ORDERLY | 12-26-2006 | 07-13-2007 |
| COP | L.UNIT ORD | L UNIT ORDERLY | 09-13-2006 | 12-26-2006 |
| COP | M.UNIT ORD | M UNIT ORDERLY | 02-21-2005 | 09-13-2006 |
| COP | COMMISSARY | COMMISSARY DETAIL | 11-06-2003 | 02-21-2005 |
| COP | M.UNIT ORD | M UNIT ORDERLY | 05-29-2003 | 11-06-2003 |
| COP | PM RECYARD | REC YARD DETAIL - PM | 02-27-2002 | 05-29-2002 |
| COP | COMPND AM | COMPOUND ORDERLY | 02-21-2002 | 02-27-2002 |
| BMP | E/B UNIT ORD | E/B UNIT ORDERLY | 04-05-2001 | 01-10-2002 |
| | | Gap(s) in employment during assignment: 121 days | | |
| BMP | UNIT 3A3 | UNIT 3A3 ORDERLIES | 05-25-2000 | 04-05-2001 |
| BMP | COMPOUND | CORR SVCS GENERAL DETAIL | 05-04-2000 | 05-23-2000 |
| BMP | AM COMM | AM - COMMISSARY | 05-02-2000 | 05-04-2000 |
| BMP | UNIT 3A3 | UNIT 3A3 ORDERLIES | 04-21-2000 | 05-02-2000 |
| BMP | AM COMM | AM - COMMISSARY | 02-04-2000 | 04-06-2000 |

Gap(s) in employment between assignments: 35 days

**DISCIPLINE HISTORY**

| UDC / DHO | Hearing Date | Report No. | Prohibited Act / Description | Sanction |
|---|---|---|---|---|

Inmate has no disciplinary history items in this area

**MOVEMENT HISTORY**

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| BUT | A-DES | DESIGNATED, AT ASSIGNED FACIL | 09-19-2014 | CURRENT |
| BMP | | DESIGNATED, AT ASSIGNED FACIL | 06-13-2012 | 09-19-2014 |
| BTF | | DESIGNATED, AT ASSIGNED FACIL | 12-30-2010 | 06-13-2012 |

## Page 6

Department of Justice                                         Federal Bureau of Prisons
**INMATE SKILLS DEVELOPMENT PLAN          PROGRESS REPORT: 09-22-2014**

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| BTF | | "MULTIPLE TRIPS IN/OUT OF BTF" | 05-05-2010 | 12-30-2010 |
| COP | | DESIGNATED, AT ASSIGNED FACIL | 02-06-2002 | 02-03-2009 |
| BMP | | DESIGNATED, AT ASSIGNED FACIL | 01-14-2002 | 02-06-2002 |
| BMP | | "MULTIPLE TRIPS IN/OUT OF BMP" | 09-05-2001 | 01-14-2002 |

**CASE MANAGEMENT ASSIGNMENTS**

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| BUT | THR FAIL W | THRESHOLD FAIL-WITHDRAWAL | 03-07-2012 | CURRENT |
| BUT | CFSA | CERT FOOD SINCERITY APPROVAL | 01-18-2012 | CURRENT |
| BUT | IHP PEND | IMMIG FUTURE IHP PART DATE | 03-18-2009 | CURRENT |
| BUT | RPP INELIG | RELEASE PREP PGM INELIGIBLE | 01-27-2004 | CURRENT |
| BUT | V94 CVA913 | V94 CURR VOL ON/AFTER 91394 | 02-25-1999 | CURRENT |
| BUT | V94 CDA913 | V94 CURR DRG TRAF ON/AFT 91394 | 02-25-1999 | CURRENT |

**MEDICAL DUTY STATUS ASSIGNMENTS**

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| BUT | REG DUTY | NO MEDICAL RESTR.-REGULAR DUTY | 08-14-2014 | CURRENT |
| BUT | YES F/S | CLEARED FOR FOOD SERVICE | 08-14-2014 | CURRENT |

Name: ANDRES, OSCAR     RegNo: 50618-004

## ACADEMIC    *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| **INTELLECTUAL FUNCTIONING**<br>⊕ no intellectual deficits<br>⊕ has NOT attended special education classes | |
| **LITERACY**<br>⊕ GED obtained<br>⊖ not obtained through BOP | |
| **LANGUAGE**<br>⊕ fluent in English as primary language | |
| **COMPUTER SKILLS**<br>⊕ possesses keyboarding skills<br>⊕ possesses word processing skills<br>⊖ lacks internet navigation skills | |

---

Department of Justice     Federal Bureau of Prisons

## INMATE SKILLS DEVELOPMENT PLAN    PROGRESS REPORT: 09-22-2014

## ACADEMIC    *** Disregard Response Summary and utilize only the Progress & Goals section ***

### Progress and Goals

PREVIOUS PROGRESS REPORT: 20130404

PREVIOUS TEAM: 20090317

RECOMMEND ACE COURSES, POST SECONDARY EDUCATION AND STRUCTURED RECREATION. GOAL OF ENROLLMENT BY THE SUMMER

Inmate needs to enroll in A.C.E., V.T., C.D.I. college courses within 3 months.

Requested to be placed on WLS for Personal Finance I

No updates from EDC.

PREVIOUS TEAM: 20090921

No updates from EDC.

PREVIOUS TEAM: 20100316

Good progress.

Completed Business Plan 09-2009, Fundamental Analysis 09-2009, Personal Finance 07-2009. Participating in Technical Analysis and Smart Consumer.

PREVIOUS TEAM: 20100909

Completed Smart Consumer and Technical Analysis.

PREVIOUS TEAM: 20110305

No programs since last review. Caring for elderly and sick father.

PREVIOUS TEAM: 20110825

No programs since last review

PREVIOUS TEAM: 20120220

Currently not participating in any educational programming.

PREVIOUS TEAM: 20121217

Currently not participating in any educational programming. Recommend PSE, ACE and VT classes within 3 months.

PREVIOUS TEAM: 20130622

Transferred. Did not enroll in educational courses since last review.

PREVIOUS TEAM: 20140602

Progress Since Last Team. Did not enroll in any educational courses.

Short Term Goal: Read two or more books a month.

Progress Since Last Team: Inmate Andres complied with the last team recommendations .

No educational programs completed since last team. Recommend any ACE class or Computer class within the next 120 days. Also, recommend enrollment in Carpentry or Electrical VT program within the next 90 days or by his next review date in 11/2014.

Inmate Andres has No educational programs completed since last team. He previously completed his GED in 1998, several educational classes to include typing, Personal Finance classes and several business classes while incarcerated at Coleman, Beaumont and Butner FCC.

Name: ANDRES, OSCAR                                           RegNo: 50618-004

## VOCATIONAL/CAREER   *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|

**EMPLOYMENT HISTORY**
- ⓘ employed at time of arrest
- ⓘ consistent employment history within 5 years prior to incarceration

**CAREER DEVELOPMENT**
- ⓘ possesses significant expertise in field
- ⓘ Building and Grounds Cleaning and Maintenance - 37
- ⓘ Personal Care and Service - 39
- ⓘ Other, specify... 39 CERTIFIED PERSONAL TRAINER

- ⓘ realistic career/job goals upon release
- ⓘ seeking position: PERSONAL TRAINER
- ⓘ has more than two years work experience in this field
- ⓘ has an education degree related to this field

**INSTITUTION WORK HISTORY**
- ⓘ has a consistent institution work history
  - Eval: 06-15-2014 Good
  - Eval: 05-25-2014 Good
  - Eval: 04-25-2014 Good
  - Eval: 03-21-2014 Good
  - Eval: 02-25-2014 Good
  - Eval: 01-26-2014 Good

**POST INCARCERATION EMPLOYMENT**
- ⓘ post-incarceration employment not secured
- ⓘ no secured employment upon release, but employer information specified
- ⓘ other: Serving a LIFE sentence

- ⓘ no release documents obtained to date

---

## VOCATIONAL/CAREER   *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Progress and Goals |
|---|

PREVIOUS PROGRESS REPORT: 20130404

PREVIOUS TEAM: 20090317
Enroll into Vance Granville Community College courses within 3 months

PREVIOUS TEAM: 20090921
Good progress towards previous goal. Participating in Smart Consumer and Technical Analysis. Also completed several Adult Continuing Education
Continue with educational courses - (PRD - LIFE)

PREVIOUS TEAM: 20100316
Completed Smart Consumer and Technical Analysis. Continue with ACE courses

PREVIOUS TEAM: 20100909
Assigned as a ICP Worker and Suicide Watcher. No ACE courses since last review, due to father's health deteriorating. Andres spent most of his days caring for his father.

PREVIOUS TEAM: 20110825
SG. Continue with ACE courses 3/2011

PREVIOUS TEAM: 20110305
Inmate Andres is currently working as an ICP worker and on the Suicide Watch detail. No ACE courses during last review.

ST & LT: Complete one ACE course a year (LIFE)

PREVIOUS TEAM: 20120220
Currently working as a Commissary Clerk.
No progress towards ACE course
ST & LT: Complete one ACE course a year (LIFE) - Consider the ACE course - Cuba

PREVIOUS TEAM: 20121217
Transferred. Obtain employment and receive good work reports by next review to become self sufficient.
ST & LT: Complete one ACE course a year (LIFE) - Consider the ACE course - Cuba

PREVIOUS TEAM: 20130622
Use personal trainer certificate to assist Recreation staff with aerobics classes.

PREVIOUS TEAM: 20130404
Inmate is no longer an ICP and is assigned to Recreation Orderly. He teaches several recreational physical fitness programs in the Recreation Department. He is no longer in the Suicide Watch Program.
No progress towards ACE course

Progress Since Last Team: Inmate is an instructor in the recreation department. He teaches spinning, circuit training and wellness classes. He leads sports leagues and has positive teamwork skills with inmates and staff.
Continue to maintain employment and receive good work reports through next review.

PREVIOUS TEAM: 20140602
Progress Since Last Team: Inmate complied with the previous team recommendation by maintaining his work detail in recreation.
Inmate Andres needs to continue his current Recreation and Commissary work detail and receive good work detail reports thru his next team date of 11/2014.

Name: ANDRES, OSCAR                                      RegNo: 50618-004

**INTERPERSONAL**            *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| **RELATIONSHIPS** | |
| ⊘ | ① no adverse life experiences |
| | ① negative peer influences prior to incarceration |
| | ① criminal associates |
| | ① other: Conspiracy involved members of his immediate family; |
| **FAMILY TIES/SUPPORT SYSTEM** | |
| ⊘ | ① consistent social support available |
| | Companion: Emotional |
| | Companion: General |
| | Immediate Family: Financial |
| | Immediate Family: Emotional |
| | Immediate Family: General |
| | Relative: Emotional |
| **PARENTAL RESPONSIBILITY** | |
| ⊘ | ① no children under the age of 21 |
| | ① no children under the age of 21 financially responsible for |
| | ① RRC (MINT) Placement is not applicable |
| **COMMUNICATION** | |
| ⊘ | ① displays good communication skills |

---

Department of Justice
Federal Bureau of Prisons
**INMATE SKILLS DEVELOPMENT PLAN**

**INTERPERSONAL**            **PROGRESS REPORT: 09-22-2014**

*** Disregard Response Summary and utilize only the Progress & Goals section ***

**Progress and Goals**

PREVIOUS PROGRESS REPORT: 20130404

PREVIOUS TEAM: 20090317

Maintain family ties throughout term of incarceration

PREVIOUS TEAM: 20090921

Continue to maintain family ties. Receives visits when family is able to travel from Florida.

PREVIOUS TEAM: 20100316

Continue to maintain family ties. Receives visits when family is able to travel from Florida.

PREVIOUS TEAM: 20100909

Andres' father recently passed away. During this time of need, look to your family and friends for support.

PREVIOUS TEAM: 20110305

Inmate Andres continues to communicate with his family and friends on a regular basis. On-Going: Continue to maintain family and community ties working towards strengthening your support system in preparation for release by way of electronic messaging, telephone, writing, and visiting. LIFE

PREVIOUS TEAM: 20110925

Inmate Andres continues to communicate with his family and friends on a regular basis. On-Going: Continue to maintain family and community ties working towards strengthening your support system in preparation for release by way of electronic messaging, telephone, writing, and visiting. LIFE

PREVIOUS TEAM: 20120220

Inmate Andres continues to communicate with his family and friends on a regular basis. On-Going: Continue to maintain family and community ties working towards strengthening your support system in preparation for release by way of electronic messaging, telephone, writing, and visiting. LIFE

PREVIOUS TEAM: 20121217

Transferred. Complied with previous recommendation. Maintain family and community ties by writing and/or calling monthly to strengthen relationships.

PREVIOUS TEAM: 20130622

Progress Since Last Team : Complied with previous recommendation.

Continue to maintain family and community ties by writing and/or calling monthly to strengthen relationships.

PREVIOUS TEAM: 20140602

Progress Since Last Team : Inmate Andres complied with the previous team recommendation by maintaining contact with family and friends thru visits and emailing.

Inmate Andres needs to continue to maintain family and/or community ties by writing and/or calling at least twice/month thru next review date of 11/2014.

Inmate Andres currently on the waiting list for Drug Education. He needs to take the class when it becomes available to him by 6/2022.

Continue to maintain a positive attitude and positive interactions with staff and inmate peers daily thru your next review date of 11/2014.

Enroll in and complete Parenting class by 10/2022.

Name: ANDRES, OSCAR                                                                                    RegNo: 50618-004

## INMATE SKILLS DEVELOPMENT PLAN

**Department of Justice**
**Federal Bureau of Prisons**

### WELLNESS

*** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| ⚠ | **HEALTH PROMO/DISEASE PREVENT** |
| ☺ | overweight |
| ☺ | height 5 ft. 8 in. |
| ☺ | weight (lbs) 195 |
| ☺ | BMI Score 29.6 |
| ☺ | date calculated 03-25-2009 |
| ☺ | no regular exercise |
| ☺ | no evidence of behaviors associated with increased risk of infectious disease |
| ☺ | does not use tobacco (cigarettes, cigars, and/or smokeless tobacco) |
| ☺ | did not have a primary care provider or clinic (prior to incarceration) |
| ☺ | does not have health insurance coverage upon release |
| ⚠ | **DISEASE/ILLNESS MANAGEMENT** |
| ☺ | complies with treatment recommendations and/or takes medications as prescribed, or none required |
| ☺ | healthy – No current health concerns |
| ☺ | no dental problems |
| ☺ | no non-routine service/assistance devices needed |
| ⊘ | **TRANSITIONAL PLAN** |
| ☺ | does not require medication upon release from custody |
| ☺ | does not require on-going treatment or follow-up after release from custody |
| ☺ | TB Clearance Complete – See Exit Summary |
| ☺ | RRC placement is not applicable |
| ⊘ | **GOVERNMENT ASSISTANCE** |
| ☺ | has not previously received Social Security assistance |
| ☺ | inmate indicates he/she may not be eligible for Social Security assistance after release |
| ☺ | has not served in the U.S. Armed Forces, U.S. Military Reserves, AND/OR U.S. National Guard |
| ☺ | spouse or a parent has not served in the U.S. Armed Forces, U.S. Military Reserves, AND/OR U.S. National Guard |

---

## PROGRESS REPORT: 09-22-2014

### WELLNESS

*** Disregard Response Summary and utilize only the Progress & Goals section ***

| Progress and Goals |
|---|
| PREVIOUS PROGRESS REPORT: 20130404 |
| PREVIOUS TEAM: 20090317 |
| No infor received. |
| PREVIOUS TEAM: 20090921 |
| No info received |
| PREVIOUS TEAM: 20100316 |
| No info received |
| PREVIOUS TEAM: 20100909 |
| No info received |
| PREVIOUS TEAM: 20110305 |
| Currently participating in Circuit Training and completed a Circuit Training class in December 2010. Also participating in Spinning. |
| PREVIOUS TEAM: 20110825 |
| Completed Circuit Training Intermediate in March and June 2011 and Spinning in March 2011. |
| PREVIOUS TEAM: 20120220 |
| Continue to conduct health wellness programs in the Recreation Department. |
| PREVIOUS TEAM: 20121217 |
| Transferred. Eat right and exercise regularly to promote good health. |
| PREVIOUS TEAM: 20130622 |
| Progress Since Last Team. Completed Health Fair 06/26/2012 |
| Continue to make healthy food choices daily and exercise three times a week. |
| PREVIOUS TEAM: 20140602 |
| Progress Since Last Team: Inmate complied with the previous team recommendations by attending all medical appts. and exercising at least 3 times a week. |
| Inmate Andres needs to continue all medical appts. set forth by his physicians, take all prescribed medicines if any, and continue to exercised at least three times a week to promote good health thru your next review date of 06/2014. |

---

### MENTAL HEALTH

*** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| ⊘ | **SUBSTANCE ABUSE MANAGEMENT** |
| ☺ | no evidence of inappropriate use of alcohol, prescription medications and/or illegal drugs in the year prior to arrest |
| ☺ | history of substance abuse treatment not applicable |
| ☺ | not currently participating in substance abuse treatment |

Name: ANDRES, OSCAR  RegNo: 50618-004

## MENTAL HEALTH

*** Disregard Response Summary and utilize only the Progress & Goals section ***

### MENTAL ILLNESS MANAGEMENT
- no history of mental health diagnosis prior to incarceration
- no mental health diagnosis during incarceration
- no history of serious suicidal ideation or attempts

### TRANSITIONAL PLAN
- no medication required upon release from custody
- does not require on-going treatment after release from custody
- psychology services recommends RRC placement

### APPROPRIATE SEXUAL BEHAVIOR
- no evidence of sexually inappropriate behavior

### Progress and Goals

PREVIOUS PROGRESS REPORT: 20130404
PREVIOUS TEAM: 20090317
PDS documentation indicated no mental health or substance abuse history. Inmate stable and functioning well at this time.
PREVIOUS TEAM: 20090921
No updates at this time.
PREVIOUS TEAM: 20100316
No updates at this time.
PREVIOUS TEAM: 20100809
PDS documentation did not indicate a hx of mental health tx. or substance abuse. No need for psych svs since March 2009.
PREVIOUS TEAM: 20110305
Seek services offered by Psychology, as needed.
PREVIOUS TEAM: 20110825
Seek services offered by Psychology, as needed.
PREVIOUS TEAM: 20120220
Seek services offered by Psychology, as needed.
PREVIOUS TEAM: 20121217
Mental health services available upon request.
PREVIOUS TEAM: 20130622
No apparent mental health concerns. No psychology recommendations.
PREVIOUS TEAM: 20140602
No apparent mental health concerns. No psychology recommendations.
No apparent mental health concerns at this time. No psychology recommendations. Psychology is available if needed.

---

Department of Justice
Federal Bureau of Prisons
## INMATE SKILLS DEVELOPMENT PLAN    PROGRESS REPORT: 09-22-2014

### COGNITIVE

*** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
| --- | --- |

### GENERAL BEHAVIOR
- no evidence of behavioral problems as a juvenile
- no evidence of behavioral problems as an adult

### CRIMINAL HISTORY
- two or more convictions
- violent and/or sex offender (current/prior)
- drug offenses. Single occurrence(s)
- weapons violations. Single occurrence(s)

### DOMESTIC VIOLENCE/ABUSE
- no history of domestic violence or abuse

### CRIMINAL BEHAVIOR
- no onset of criminal behavior before the age of 14
- no criminal versatility. Convictions in less than 3 categories
- no significant history of violence. Less than 2 violent convictions

Name: ANDRES, OSCAR

RegNo. 50618-004

## COGNITIVE

*** Disregard Response Summary and utilize only the Progress & Goals section ***

| Progress and Goals |
| --- |
| PREVIOUS PROGRESS REPORT: 20130404 |
| PREVIOUS TEAM: 20090317 |
| Maintain Clear Conduct throughout term of incarceration. |
| PREVIOUS TEAM: 20090921 |
| Maintained clear conduct. Continue throughout term of incarceration. |
| PREVIOUS TEAM: 20100316 |
| Maintained clear conduct. Continue throughout term of incarceration |
| PREVIOUS TEAM: 20100909 |
| Maintained clear conduct. Continue throughout term of incarceration |
| PREVIOUS TEAM: 20110305 |
| Maintain clear conduct. Continue to maintain clear conduct throughout term of incarceration, demonstrating the ability to abide by the rules of the institution, thus promoting self obedience/self control. Failure to do so may result in disciplinary action and an increase in security points. LIFE. Will review at next team meeting 9/2011 |
| PREVIOUS TEAM: 20110825 |
| Progress: Maintained clear conduct. Maintain clear conduct. Continue to maintain clear conduct throughout term of incarceration, demonstrating the ability to abide by the rules of the institution, thus promoting self obedience/self control. Failure to do so may result in disciplinary action and an increase in security points. LIFE Will review at next team meeting 9/2012 |
| PREVIOUS TEAM: 20121217 |
| Transferred. Complied with previous recommendation. Maintain clear conduct through next review. |
| PREVIOUS TEAM: 20130622 |
| Progress Since Last Team: Complied with previous recommendation. |
| Continue to maintain clear conduct through next review. |
| PREVIOUS TEAM: 20140602 |
| Progress Since Last Team: Inmate Andres complied with the previous team recommendation by maintain clear conduct. |
| Inmate Andres needs to continue to maintain clear conduct thru his next review date of 11/2014. |

---

Department of Justice
Federal Bureau of Prisons

## INMATE SKILLS DEVELOPMENT PLAN   PROGRESS REPORT: 09-22-2014

**CHARACTER**   *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
| --- | --- |
| | **PERSONAL CHARACTER** |
| ① | insufficient variety of behaviors to warrant overall positive personal character |
| ② | evidence of spirituality |
| | talks to a friend or mentor about spiritual/religious issues: Always |
| | active participation in a faith group: Always |
| | connected to outside spiritual/religious community: Always |
| | examines actions to see if they reflect values: Always |
| | finds meaning in times of hardship: Always |
| ④ | charitable contributions |
| ④ | care of a sick/disabled relative |
| ① | religious assignment: JEWISH |
| ④ | no evidence easily influenced by other |
| | **PERSONAL RESPONSIBILITY** |
| ④ | reports responsibility for current incarceration as: |
| ④ | self (sole responsibility) |
| ① | no efforts to make amends for their crime(s) |

Name: ANDRES, OSCAR
RegNo: 50618-004

Department of Justice
Federal Bureau of Prisons

**PROGRESS REPORT: 09-22-2014**

**CHARACTER**

*** Disregard Response Summary and utilize only the Progress & Goals section ***

| Progress and Goals |
| --- |

**PREVIOUS PROGRESS REPORT: 20130404**

**PREVIOUS TEAM: 20090317**

UM was advised to speak with the Unit Manager regarding FRP payments. UM noted a discrepancy with his J&C and what policy states.
Based on Mr. Camacho's final decision, UT will act appropriately.
Victim Impact Panel; when available

**PREVIOUS TEAM: 20090921**

You were placed on REFUSE status for FRP as you felt there was a discrepancy with the J&C and the amount of money you were to pay on a monthly basis. You were on FRP Refuse from April 22, 2009 until September 29, 2009. You have requested to continue participation in the FRP program.
Make next payment 12/09

**PREVIOUS TEAM: 20100316**

Made scheduled FRP Payments.
Continue to care for your father.

**PREVIOUS TEAM: 20100909**

Made scheduled FRP payments.

**PREVIOUS TEAM: 20110305**

LG: Victim Impact Panel; 3/2012; FRP Payments on going

Religious Services: You are encouraged to come and view the chapel faith group schedule and the sign up book. You can sign up for holy days, Threshold re-entry class or use the library for reading and viewing videos for continuing your faith development.

**PREVIOUS TEAM: 20110825**

Consider participating in the Mentor Program as a Mentor.

**PREVIOUS TEAM: 20120220**

Progress: Inmate Andres has made a scheduled FRP payments. No indication that he enrolled in the Mentoring Program.
Religious Services: You are encouraged to come and view the chapel faith group schedule and the sign up book. You can sign up for holy days, Threshold re-entry class or use the library for reading and viewing videos for continuing your faith development.

**PREVIOUS TEAM: 20121217**

Progress: Inmate Andres has shown huge progress in his physical and mental health, spirituality, and attitude. I believe him as a positive influence and a role model for the inmate community. He is developing into the type of leader and mentor that helps influence others in positive ways. His growth is genuine.

Progress: Inmate Andres has taken up a serious exploration of his Jewish faith and has made huge positive steps in his stage of development. He has become a leader of the Jewish re-entry group that he is currently participating in through Religious Services. He has become a very positive influence on other inmates.

Inmate Andres has made all required FRP payments since his last review. Unit Team recommends he continue to do so.

View the Chapel schedule to see if there are religious activities that might benefit you. Chaplains are available to discuss any spiritual concerns.

Maintain positive interactions with staff and inmate peers. Take responsibility for one's own action.

Generated: 09-22-2014 14:53:34
Page 19
ISDS Version: 1.6.2d

---

Department of Justice
Federal Bureau of Prisons

**INMATE SKILLS DEVELOPMENT PLAN**

**PROGRESS REPORT: 09-22-2014**

**CHARACTER**

*** Disregard Response Summary and utilize only the Progress & Goals section ***

**PREVIOUS TEAM: 20130622**

Progress Since Last Team: Comply with previous recommendation.

Short Term Goal: Religious Services: View the Chapel Schedule and Faith Group Sign up book (located in the Chapel office) to sign up for Holy day celebrations/recognitions and to identify faith specific programs which might be beneficial for you. The Chapel library provides many resources that will help you in your faith development.

Short Term Goal: Maintain positive interaction with staff and inmate peers.

**PREVIOUS TEAM: 20140602**

Continue to maintain a positive ...

**LEISURE**

*** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | | Response Summary |
| --- | --- | --- |
| ✓ | USE OF LEISURE TIME | |
| | ✓ activities indicative of positive use of leisure time; | |
| | ✓ family time | |
| | ✓ sports/exercise | |
| | ✓ movies/television/music | |
| | ✓ reading | |
| | ✓ library | |
| | ✓ park/recreation facilities | |

Generated: 09-22-2014 14:53:34
Page 20
ISDS Version: 1.6.2d

## Page 21

Name: ANDRES, OSCAR     RegNo: 50618-004

**LEISURE**     *** Disregard Response Summary and utilize only the Progress & Goals section ***

**Progress and Goals**

PREVIOUS PROGRESS REPORT: 20130404

PREVIOUS TEAM: 20090317
Encouraged the inmate to participate in wellness activities.
Participating in Spinning
Instructor for Aerobics and A Wealth of Health

PREVIOUS TEAM: 20090921
Completed Circuit Training in April 2009
Continue with recreational activities throughout term of incarceration (LIFE)

PREVIOUS TEAM: 20100316
Completed Handball Rules 11/09

PREVIOUS TEAM: 20100909
Enroll into a leisure activity by 3/2011

PREVIOUS TEAM: 20110305
Inmate is an instructor in the recreation department. He leads spin and wellness classes. Currently participating in Circuit Training and completed a Circuit Training class in December 2010. Also participating in Spinning. Recommend Hobbycraft.

PREVIOUS TEAM: 20110825
Inmate is an instructor in the recreation department. He leads spinning, circuit training and wellness classes. Recommend participate in a structure sports leagues in order to develop teamwork skills.

PREVIOUS TEAM: 20120220
Inmate is an instructor in the recreation department. He leads spinning, circuit training and wellness classes. Recommend participate in a structure sports leagues in order to develop teamwork skills.

PREVIOUS TEAM: 20121217
Transferred. Completed the Wellness Aerobics class since last review. Participate in positive leisure activities such as wellness program, hobbycraft, or music weekly.

CURRENT:

PREVIOUS TEAM: 20130622
Inmate Andres is a coordinator for the walking program in the Recreation department.
Inmate Andres is a great asset to the Recreation department. He is an instructor in the recreation walk staff and sports. He should be commended for his continuing efforts with the Recreation department.

## Page 22

Department of Justice     Federal Bureau of Prisons
**INMATE SKILLS DEVELOPMENT PLAN**     **PROGRESS REPORT: 09-22-2014**

**LEISURE**     *** Disregard Response Summary and utilize only the Progress & Goals section ***

Inmate is an instructor and acting handball commissioner for the Recreation department. Inmate also participates in handball league games.

Inmate Andres is an aerobics instructor for the FCI # 1 Recreation department. Inmate Andres has instructed a Big Mens Weight Loss and CrossFit classes on MWF this past quarter. Inmate Andres is a great asset to the Recreation department.

Progress Since Last Team: Completed The National Exercise & Sports Trainers Association- National Personal Training Course And Certification.

Has completed NESTA class. Instructs several wellness classes for rec. Keep up the good work.

Short Term Goal: If he has time sign up for a hobby craft class. DY

PREVIOUS TEAM: 20140602
Progress Since Last Team: Inmate Andres complied with the last team recommendation by participating in some of the recreational activities.

Short Term Goal: Inmate will participate in Recreation and participate in general activities to increase positive leisure interest by 5/20/2014.

Long Term Goal: Inmate will participate in health, and wellness programs X 3 days per week X 3 months to increase positive lifestyle changes by 11/20/2014.

CURRENT:

1st Place in Recreation Departments Team Handball League - SM

Inmate Andres is a great asset to the FCI # 1 Recreation department. Inmate Andres is a great Instructor for the CrossFit program for the inmate population. Inmate Andres is a personal trainer with the National Exercise & Sports Trainers Association (NESTA) and is a Co-Leader instructor.

The case manager received means from the CTP Specialist acknowledging the exceptional jobs that Mr. Andres has done for the...

**DAILY LIVING**     *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| **FINANCIAL MANAGEMENT** | |
| knowledge in maintaining checking account | |
| knowledge in maintaining savings account | |
| knowledge in utilizing an ATM debit card | |
| knowledge in obtaining loans | |
| has an established positive credit history | |
| lived within financial means | |
| pays monthly bills on time | |
| **FOOD MANAGEMENT** | |
| possesses grocery shopping/consumer skills | |
| makes good nutritional choices to maintain health | |
| possesses basic food preparation skills | |

Name: ANDRES, OSCAR                                    RegNo: 50618-004

*** Disregard Response Summary and utilize only the Progress & Goals section ***

**DAILY LIVING**
- (?) no knowledge in accessing community resources to obtain food

**PERSONAL HYGIENE/SANITATION**
- (✓) good personal hygiene and sanitation
- (!) quarters assignment: HOUSE U/RANGE 02/BED 093U

**TRANSPORTATION**
- (!) does not have valid driver's license
- (✓) No outstanding motor vehicle violations
- (!) does not own personal vehicle with appropriate insurance
- (✓) possesses public transportation skills and has access to public transportation

**IDENTIFICATION**
- (!) does not have photo identification
- (!) does not have birth certificate
- (!) does not have social security card

**HOUSING**
- (!) established housing year prior to incarceration
- (!) established housing: no financial contribution toward housing
- (!) established housing: lived with family
- (!) established housing: non-publicly assisted
- (!) established housing not in a high crime neighborhood
- (!) housing upon release
- (!) supervision district is a relocation
- (!) anticipated housing plan NOT approved by USPO(s)
- (!) other: Citizen of Cuba, however, unable to return to country

**RESIDENTIAL REENTRY CENTER (RRC) PLACEMENT**
- (!) not recommended for RRC placement
- (!) Management Decision: LIFE sentence - non parolable

**FAMILY CARE**
- (✓) not responsible for obtaining child care for any dependent children upon release
- (✓) not responsible for obtaining elder care for any dependent(s) upon release
- (✓) not responsible for obtaining any other special services for dependents upon release

---

Department of Justice                                    Federal Bureau of Prisons
**INMATE SKILLS DEVELOPMENT PLAN**                    **PROGRESS REPORT: 09-22-2014**

*** Disregard Response Summary and utilize only the Progress & Goals section ***

**DAILY LIVING** | **Progress and Goals**

PREVIOUS PROGRESS REPORT: 20130404

PREVIOUS TEAM: 20090317

Maintain sanitation standards in the unit

PREVIOUS TEAM: 20090921

Participating in Smart Consumer; Completed Personal Finance in 07/2009
Good sanitation.
No new goals at this time.
Life Sentence

PREVIOUS TEAM: 20100316

Completed Smart Consumer. Continue level of sanitation. No new goals at this time.

PREVIOUS TEAM: 20100909

Continue level of sanitation. No new goals at this time

PREVIOUS TEAM: 20110305

Continue level of sanitation
No new recommendations at this time. LIFE

PREVIOUS TEAM: 20110825

Continue level of sanitation
No new recommendations at this time. LIFE

PREVIOUS TEAM: 20120320

Continue level of sanitation
No new recommendations at this time. LIFE

PREVIOUS TEAM: 20121217

Transferred. Maintain good personal hygiene and room sanitation daily.

Unable to review under the Second Chance Act because serving a life sentence.

PREVIOUS TEAM: 20130622

Progress Since Last Team: Complied with previous recommendation.

Continue to maintain good personal hygiene and room sanitation daily.

Save $10 per month thru your next review date.

Inmate Andres was reviewed for RRC placement under 18 USC 3621B using the 5 factor review. He is ineligible due to his life sentence. If he should get his sentence overturned he will be reconsidered.

PREVIOUS TEAM: 20140902

Progress Since Last Team: Inmate Andres complied with his previous team recommendation by maintaining good room sanitation and personal hygiene according to his counselor.

Inmate Andres needs to continue to maintain good personal hygiene and room sanitation daily thru next review date of 11/2014.

Inmate Andres needs to continue to make FRP payments per your contract thru your next review date of 11/2014 or until paid in full. He has a GCT date of Life.

Name: ANDRES, OSCAR                                          RegNo: 50618-004

**DAILY LIVING**

*** Disregard Response Summary and utilize only the Progress & Goals section ***

Meet with Counselor to apply for a SS card by 02/2022. His GCT date is Life.

LTG # Within 1 year of release, obtain a birth certificate for use upon release. You may have one sent in from the outside it must be sent in to the Unit Team, or you may apply for one. If you need to apply for one, submit a cop out to the CM with your city, state and county of birth. In case your Life sentenced is overturned.

Inmate Andres will be reviewed for RRC placement under 18 USC 3621b using the 5 factor review if he should get his Life Sentence overturned.

---

Department of Justice
Federal Bureau of Prisons
**INMATE SKILLS DEVELOPMENT PLAN**

**PROGRESS REPORT: 09-22-2014**

**INMATE SKILLS STATUS**

| Status | Initial Assessment 03-17-2009 | Previous Assessment 08-02-2014 | Current Assessment 09-22-2014 |
|---|---|---|---|
| Attention Required | 25% | 15.6% | 15.6% |
| Mitigating Issues | 6.7% | 6.7% | 4.4% |
| Unanswered | 30% | 0% | 2.2% |
| Satisfactory | 35.6% | 71.7% | 71.7% |
| Not Applicable | 2.8% | 6.1% | 6.1% |

| Skill Area | Attention Required | Mitigating Issues | Unanswered | Satisfactory | Not Applicable |
|---|---|---|---|---|---|
| Academic | 5% | 0% | 0% | 95% | 0% |
| Vocational/Career | 0% | 10% | 20% | 70% | 0% |
| Interpersonal | 15% | 0% | 0% | 75% | 10% |
| Wellness | 15% | 0% | 0% | 65% | 20% |
| Mental Health | 0% | 0% | 0% | 75% | 25% |
| Cognitive | 30% | 0% | 0% | 70% | 0% |
| Character | 50% | 0% | 0% | 50% | 0% |
| Leisure | 0% | 0% | 0% | 100% | 0% |
| Daily Living | 25% | 30% | 0% | 45% | 0% |

Name: ANDRES, OSCAR

RegNo: **50618-004**

## SIGNATURES

| Individual | Signature | Date |
|---|---|---|
| Case Manager: S. HUMPHREY, EXT. 3802 |  | |
| [ ] Chairperson or [ ] Unit Manager: T. SCARANTINO, EXT. 4191 | | |
| Inmate: ANDRES, OSCAR 50618-004 | | |

Oscar Andres 50648-004
Federal Correctional Complex
Med #1
P.O. Box 1000
Bryan, JC 27509

<>50619-004<>
Us Court Southerndistrict Fl
Office of Clerk Rroom#8N09
400 N Miami AVE
Miami, FL 33128
United States



FEDERAL CORRECTIONAL INST. #1
BUTNER, NORTH CAROLINA 27509

DATE: 12-1-14

"SPECIAL/LEGAL MAIL"

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosed to the above address.