UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 98-00076-CR-COHN-SELTZER

UNITED STATES OF AMERICA,

        Plaintiff,

VS.

OSCAR ANDRES,

        Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court on Defendant Oscar Andres' Motion for Modification or Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) Guideline Amendment No. 782 [DE 355]. Having reviewed the same, it is

**ORDERED AND ADJUDGED** that the Government and United States Probation Office shall respond to Defendant's motion within 30 days from the date of this Order.

**DONE AND ORDERED** at Fort Lauderdale, Florida, this 15th day of December 2014.

_____
JAMES I. COHN
UNITED STATES DISTRICT JUDGE

cc:    Anne Schultz, AUSA
       Oscar Andres, Pro Se
       U.S. Probation Office