UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 98-00076-CR-COHN-SELTZER

UNITED STATES OF AMERICA
        Plaintiff,

VS.

OSCAR ANDRES,
        Defendant.
_____/

## ORDER GRANTING SENTENCE REDUCTION PURSUANT TO AMENDMENT 782

**THIS CAUSE** is before the Court upon Defendant Oscar Andres's Motion for Modification or Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) Guideline Amendment 782 [DE 355]. The Court has considered the Motion, the Government's response [DE 358], Mr. Andres's reply [DE 359], and is otherwise advised in the premises.

Mr. Andres was convicted of conspiracy to import cocaine, conspiracy to possess with intent to distribute cocaine, and using and carrying a firearm during and in relation to a drug conspiracy. He was sentenced on October 20, 1998, to life as to each drug offense (concurrently) and 60 months as to the firearm offense (consecutively). Mr. Andres's guideline range was 360 months to life imprisonment. Mr. Andres requests a sentence reduction based on the enactment of Amendment 782 to the United States Sentencing Guidelines. The Amendment which became effective November 1, 2014, lowered the penalties for most drug offenses by reducing offense levels on the 2D1.1 Drug Quantity Table by 2 levels. Here, the application of Amendment 782 would reduce Mr. Andres's sentencing range to 292 to 365 months imprisonment. The sentencing judge, the Honorable K. Michael Moore had imposed a sentence at the top of the

guideline range. Having considered the revised range and the factors set forth in 18 U.S.C. § 3553(a), this Court agrees with Judge Moore that a sentence at the top of the revised guideline range would be appropriate primarily based upon the nature and circumstances of the offense. The confidential informant was placed in grave fear of imminent death after a hood was placed over his head and threatened with semi-automatic handguns. Accordingly, it is thereupon

ORDERED AND ADJUDGED that Defendant Oscar Andres's Motion for Modification or Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) Guideline Amendment 782 is hereby **GRANTED** and Mr. Andres's sentence is reduced from life imprisonment to 365 months imprisonment as to counts 1 and 2 (the drug offenses) effective November 1, 2015. All other provisions of the Court's prior sentence shall remain in full force and effect.

DONE AND ORDERED at Fort Lauderdale, Florida, this 17th day of February 2015.

JAMES I. COHN
UNITED STATES DISTRICT JUDGE

cc: Anne Schultz, AUSA
Oscar Andres, Pro Se
Reg No. 50618-004
Federal Correctional Complex
P.O. Box 1000
Butner, NC 27509