AO 247 (Rev.11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| United States of America | ) | |
|---|---|---|
| V. | ) | Case No. 1:98CR00076-COHN-003 |
| OSCAR ANDRES | ) | USM No. 50618-004 |

Date of Original Judgment: 10/20/1998
Date of Previous Amended Judgment:
(Use Date of Last Amended Judgment if Applicable)                    _____
                                                                      Defendant's Attorney

## ORDER REGARDING MOTION FOR SENTENCE  REDUCTION PURSUANT TO 18  U.S.C. § 3582(c)(2)

Upon motion of the Defendant for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994 (u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553 (a), to the extent that they are applicable,

IT IS ORDERED that the motion is:
        GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  Life Imprisonment   is reduced to
        365 Months as to each of Counts 1 and 2  (THE DRUG OFFENSES)

Except as provided above, all provisions of the judgment dated 10/20/1998 shall remain in effect.
IT IS SO ORDERED.

Order Date:  02/17/2015

                                                    _____
                                                            Judge's signature

Effective Date:  11/1/2015
        (If different from order date)              JAMES I. COHN, U.S. DISTRICT JUDGE
                                                         Printed name and title